# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                          Case Number: 07 CV 6877

JOSE REYES, et al.
    v.
CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Philip Cline, Debra Kirby and Richard Daley

| NAME (Type or print) |
| --- |
| Daniel M. Noland |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Daniel M. Noland |
| FIRM |
| Dykema Gossett PLLC |
| STREET ADDRESS |
| 10 South Wacker Drive, Suite 2300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6231175 | 312.876.1700 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008 I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

A Law Office of Christopher Smith
119 North Peoria Street
Suite 3A
Chicago, Illinois 60607
(312) 432-0400

                                                s/Daniel M. Noland (ARDC No. 6231175)
                                                Daniel M. Noland

CHICAGO\2410726.1
ID\DMN