U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 07 CV 6877
JOSE REYES, et al.
         v.
CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
City of Chicago, Philip Cline, Debra Kirby and Richard Daley

| NAME (Type or print) |
| --- |
| Molly E. Thompson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Molly E. Thompson |

| FIRM |
| --- |
| Dykema Gossett PLLC |

| STREET ADDRESS |
| --- |
| 10 South Wacker Drive, Suite 2300 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6293942 | 312.876.1700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008 I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

A Law Office of Christopher Smith
119 North Peoria Street
Suite 3A
Chicago, Illinois 60607
(312) 432-0400

                                                s/ Molly E. Thompson (ARDC No. 6293942)
                                                Molly E. Thompson

CHICAGO\2410726.1
ID\DMN