**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6877 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Bucklo |
| | ) | |
| Defendants. | ) | Magistrage Judge Mason |

**MOTION FOR EXTENSION OF TIME**

Defendants, the City of Chicago, Philip Cline, Debra Kirby, and Richard Daley ("Defendants"), by their attorneys, Dykema Gossett PLLC, for their Motion for Extension of Time to Answer or Otherwise Plead, state as follows:

1.      On December 6, 2007 plaintiffs filed their complaint in this matter which includes allegations arising out of alleged misconduct by members of the Special Operations Section ("SOS") of the Chicago Police Department.  (*See* Dkt. 1.)

2.      Terrence M. Burns, Daniel M. Noland and Molly E. Thompson of Dykema Gossett PLLC have been retained and appeared as counsel for defendants.

3.      Certain cases involving allegations against members of the SOS have been referred to Magistrate Judge Michael Mason (the assigned magistrate in this case) for pretrial settlement conferences.

4.      Defendants respectfully request an extension of time to answer or otherwise plead to and including a date after the referral of this case to Magistrate Judge Mason.

5.      Plaintiffs will not be prejudiced by granting the relief requested in this motion.

WHEREFORE, Defendants, the City of Chicago, Philip Cline, Debra Kirby, and Richard Daley, request an extension of time to answer or otherwise plead to and including a date after the

referral of this case to Magistrate Judge Mason for a pretrial settlement conference, and for any

other relief this Court deems appropriate.

Dated: January 7, 2008                          Respectfully submitted,


                                                s/ Daniel M. Noland (ARDC No. 6231175)
Terrence M. Burns                               One of the Attorneys for Defendants, the
Daniel M. Noland                                City of Chicago, Philip Cline, Debra Kirby,
Molly E. Thompson                               and Richard Daley
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

2

## CERTIFICATE OF SERVICE

I, Daniel M. Noland, an attorney, hereby certify that on January 7, 2008, I caused the

foregoing **Motion for Extension of Time** to be served by CM/ECF Noticing on the parties listed

below:

Law Office of Christopher R. Smith
119 North Peoria Street
Suite 3A
Chicago, Illinois  60607
(312) 432-0400

s/ Daniel M. Noland (ARDC No. 6231175)
Daniel M. Noland

CHICAGO\2410647.1
ID\DMN