**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jose Reyes, et al.
                           Plaintiff,

v.                                        Case No.: 1:07−cv−06877
                                                       Honorable Elaine E. Bucklo

City Of Chicago, et al.
                           Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Michael T. Mason for the purpose of holding proceedings related to: settlement conference.(mpj, )Mailed notice.

Dated: January 8, 2008

                                                                   /s/ Elaine E. Bucklo

                                                                   United States District Judge