# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Jose Reyes, et al.
                    Plaintiff,

v.                                                   Case No.: 1:07−cv−06877
                                                     Honorable Elaine E. Bucklo

City Of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 9, 2008:

    MINUTE entry before Judge Michael T. Mason : This case having been referred for settlement conference, an initial status hearing is set for 1/23/08 at 9:00 a.m. for the purpose of scheduling the settlement conference. However, parties may confer with each other and contact the courtroom deputy, 312/435−6051, to schedule the settlement conference in lieu of attending the status hearing. If parties do not contact the courtroom deputy by 1/18/08, the 1/23/08 status hearing will proceed. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.