## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Jose Reyes, et al.

                              Plaintiff,

v.                                        Case No.: 1:07–cv–06877
                                          Honorable Elaine E. Bucklo

City Of Chicago, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 8, 2008:

        MINUTE entry before Judge Michael T. Mason :Settlement Conference set for
2/14/2008 is reset from 10:00 a.m. to 09:30 AM.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.