**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jose Reyes, et al.
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06877
                                                      Honorable Elaine E. Bucklo

City Of Chicago, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, February 14, 2008:

    MINUTE entry before Judge Michael T. Mason :Settlement conference held on 2/14/2008 and continued to 3/26/08 at 9:30 a.m.(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.