# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jose Reyes, et al.
                           Plaintiff,

v.                                              Case No.: 1:07−cv−06877
                                                Honorable Elaine E. Bucklo

City Of Chicago, et al.
                           Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, April 16, 2008:


MINUTE entry before Judge Honorable Elaine E. Bucklo:Status hearing held on 4/16/2008. Status hearing set for 5/23/2008 at 09:30 AM. Discovery is not stayed. Plaintiff is allowed to serve discovery requests as discussed in court.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.