# EXHIBIT A

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF COOK    )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

| PEOPLE OF THE STATE OF ILLINOIS | ) | NO: 06CR-14271 | 06CR-14272 |
|---|---|---|---|
| | ) | 06CR-25029 | 06CR-25031 |
| vs. | ) | 06CR-25032 | 06CR-25033 |
| | ) | 06CR-25034 | 06CR-25035 |
| Jerome Finnigan | ) | 06CR-25036 | 06CR-25037 |
| Keith Herrera | ) | 06CR-25038 | 06CR-25039 |
| Carl Suchocki | ) | 06CR-25040 | 06CR-27513 |
| Thomas Sherry | ) | 06CR-27514 | 06CR-27515 |
| Frank Villareal | ) | 06CR-27516 | |
| Margaret Hopkins | ) | 07CR-3151 thru | 07CR-3160 |

## ORDER

This matter coming before this Honorable Court on the Motion of the Cook County State's Attorney for the issuance of a Protective Order in the above-captioned matter, the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

Pursuant to Supreme Court rule 415(d) and good cause being shown, the dissemination of discovery materials in this case shall be protected due to the sensitive nature of the information contained in the discovery materials, the continuing criminal investigation, the ongoing civil actions, and to prevent any chilling effect upon the public.

A. Pursuant to Supreme Court Rule 415(c) the actual discovery materials shall remain in the exclusive custody of the attorneys in the case and shall only be used in conducting their side of the case.

B. Names of potential witnesses in the case, their roles in the case, and any statements purported to be made by them shall not be published via the internet, radio, television, press, print media, newsletter or any other means of mass communication prior to trial. All care should be taken in investigating potential witnesses' backgrounds to do so in a manner consistent with this order.

C. Nothing in this order shall be construed in any way to prevent the parties from preparing their case. If any of the parties feel that the order unnecessarily prevents them from preparing, the court will address specific concerns in camera, in order to preserve all confidential information.

_____
Judge John Fleming

APR 17 2007

DATE: April 17, 2007
Richard A. Devine
States Attorney of Cook County
By: Anna H. Demacopoulos
    Assistant States Attorney
    2650 S. California Ave
    Chicago, Illinois 60608
    773-869-6129