IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6877 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Bucklo |
| | ) | |
| Defendants. | ) | Magistrage Judge Mason |

## NOTICE OF MOTION

TO:   See Attached Service List

     PLEASE TAKE NOTICE that on **April 30, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion to Stay**.

Dated: April 25, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/Molly E. Thompson (ARDC No. 6293942)
Terrence M. Burns　　　　　　　　　　　　　One of the Attorneys for Defendants, the
Daniel M. Noland　　　　　　　　　　　　　City of Chicago, Philip Cline, Debra Kirby,
Molly E. Thompson　　　　　　　　　　　　and Richard Daley
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008 I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| Christopher R. Smith<br>Jared S. Kosoglad<br>Law Office of Christopher R. Smith<br>119 North Peoria Street<br>Suite 3A<br>Chicago, Illinois  60607<br>312.432.0400 | Geri Lynn Yanow<br>City of Chicago, Department of Law<br>30 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois  60602<br>312.744.9010 |

s/Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2443805.1
ID\METH