IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No 1:07-cv-6877 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | JUDGE BUCKLO |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Plaintiffs, by one of their attorneys, Jared S. Kosoglad, respectfully move this Honorable Court, pursuant to Federal Rule of Civil Procedure 4(c)(3) to appoint a U.S. Marshall to effect service on defendant Finnegan.

In support of this motion, plaintiffs state as follows:

1.  On November 18, 2007, plaintiff attempted to serve defendant Finnegan via the Office of Legal Affairs, Chicago Police Department. The summons and complaint were never returned, and plaintiffs presumed that service had been effected.

2.  Defendant Finnegan is currently incarcerated at the Metropolitan Correctional Center at Clark and Van Buren Streets, Chicago, IL. The U.S. Marshals refused to allow plaintiffsøcounsel to leave papers with defendant Finnegan. Plaintiffs have no means to effectuate service on defendant Finnegan.

WHEREFORE, plaintiffs seek that this Honorable Court appoint a special process server to effectuate service on defendant Finnegan, and for any such other and further relief as this Court

1

deems appropriate.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the foregoing *MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER* to:

| **BY ELECTRONIC MEANS** | | |
|---|---|---|
| | Daniel Noland, Terrence Burns, Molly Thompson<br>10 South Wacker Dr.<br>Suite 2300<br>Chicago, IL 60606<br>(866) 546-2597 | Geri Yanow, Jonathan Green, Joel Sandoval<br>30 N. LaSalle Street<br>Suite 1400<br>Chicago, IL 60602 |

by electronic means on May 7, 2008.

                                                       /s Jared S. Kosoglad
                                                          Jared S. Kosoglad

Jared S. Kosoglad
Christopher R. Smith
A Law Office of Christopher R. Smith
119 N. Peoria Ave., Suite 3A
Chicago, Illinois 60607
312-432-0400