IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No 1:07-cv-6877 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | JUDGE BUCKLO |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE that on Tuesday, May 13, 2008, at 9:30 a.m.**, we shall appear before the Honorable Judge Bucklo, in the courtroom usually occupied by her, and then and there present the attached **Motion To Appoint Special Process Server**, a copy of which is hereby served upon you.

/s Jared S. Kosoglad
One of Plaintiff's attorneys

Jared S. Kosoglad
Christopher R. Smith
119 North Peoria Street, Suite 3A
Chicago, Illinois 60607
312-432-0400

1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the foregoing *MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER* to:

| **BY ELECTRONIC MEANS** | | |
|---|---|---|
| | Daniel Noland, Terrence Burns, Molly Thompson<br>10 South Wacker Dr.<br>Suite 2300<br>Chicago, IL 60606<br>(866) 546-2597 | Geri Yanow, Jonathan Green, Joel Sandoval<br>30 N. LaSalle Street<br>Suite 1400<br>Chicago, IL 60602 |

by electronic means on May 7, 2008.

            _____/s Jared S. Kosoglad_____
            Jared S. Kosoglad

Jared S. Kosoglad
Christopher R. Smith
A Law Office of Christopher R. Smith
119 N. Peoria Ave., Suite 3A
Chicago, Illinois 60607
312-432-0400