## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jose Reyes, et al.

                              Plaintiff,

v.                                                   Case No.: 1:07–cv–06877
                                                     Honorable Elaine E. Bucklo

City Of Chicago, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

　　　　MINUTE entry before Judge Honorable Elaine E. Bucklo: Plaintiff's motion for appointment of U.S. Marshall to effect service on defendant Jerome Finnegan who is at MCC [36] is granted. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.