UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jose Reyes, et al.

                         Plaintiff,

v.

City Of Chicago, et al.

                         Defendant.

Case No.: 1:07−cv−06877
Honorable Elaine E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:Defendants' motions to stay [30] and (32) heard on 4/30/08 and the motions are denied for the reasons stated in in court. Status hearing reset for 8/6/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.



PLAINTIFF'S EXHIBIT 1