## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JOSE REYES, et al.,  )
        Plaintiffs  )
        )
    v.  )   NO. 07 C 6877
        )
CITY OF CHICAGO,  )   JUDGE BUCKLO
    et al.,  )
        )
        Defendants.  )

### LANCE HANDZEL'S FIRST SET OF
### CONTENTION INTERROGATORIES TO EACH INDIVIDUAL PLAINTIFF

Defendant, Chicago Police Officer Lance Handzel, by his attorney, Geri Lynn Yanow, Assistant Corporation Counsel of the City of Chicago, and pursuant to Rule 33 of the Federal Rules of Civil Procedure, respectfully requests that each individual plaintiff answer the following contention interrogatories within 30 days of service

### INTERROGATORY NO. 1:

In relation to count 1, paragraph 53 of plaintiff's complaint and without resorting to legal conclusions, describe with specificity the factual basis supporting:

    (A)  all damages claimed by each plaintiff individually specifically attributable to each defendant individually;

        (1)  as to each damage claim of "injury in their business and property, including but not limited to lost income in the past, present, and future damage to the business' reputation" described in sub-section (A), please state with specificity the exact nature of this damage to each plaintiff individually and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

        (2)  as to each damage claim of "damage to the business' reputation" described in sub-section (A), please state with specificity the exact nature of this damage to each plaintiff individually and star the name and state number or detailed


PLAINTIFF'S
EXHIBIT
2

physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(3)   as to each damage claim of "lost income" described in sub-section (A), please state with specificity the exact nature of this damage to each plaintiff individually and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(B)   As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

**INTERROGATORY NO. 2:**

Without resorting to legal conclusions, state in detail the factual basis supporting your contention that:

(A)   the officers used their official positions to illegally commit a pattern of racketeering activity, including kidnaping, robbery, obstruction of justice, intimidation of witnesses, retaliation of witnesses, interference with commerce by threats and violence, influencing, delaying and preventing testimony and hindering, delaying and preventing the communication of federal offenses to law enforcement agencies and judicial officers;

(1)   as to each specific act of "racketeering activity" as described in sub-section (A), please state the name and state number or detailed physical description of each named and / or accused police officer who is responsible for each specific act as described above;

(2)   as to each specific act of "racketeering activity" as described in sub-section (A), please state the specific act alleged to have been committed by each individual defendant, the exact nature of that specific act committed against each individual each plaintiff individually, describing the specific sequence of events made by each individual defendant to each individual each plaintiff individually for each specific act, the date and location of each specific act as alleged by each individual each plaintiff individually, and the injury incurred;

(B)  as to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

**INTERROGATORY NO. 3:**

In relation to count II, paragraph 52 of plaintiffs complaint, and without resorting to legal conclusions, describe with specificity the factual basis supporting:

(A)  all injuries claimed by each plaintiff individually (both physical and emotional / mental)  specifically attributable to each defendant individually for unreasonable search and seizure;

(1)  as to each individual plaintiff's claim that they were "injured in the taking of their property" as described in sub-section (A), please provide a detailed description of each article or object (specific property) belonging to each plaintiff individually that was taken and the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;

(2)  as to each individual plaintiff's claim that they caused them "significant financial loss" as described in sub-section (A), please provide a detailed description of the specific financial loss attributable to each plaintiff individually and the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the loss incurred;

(3)  as to each individual plaintiff's claim that were exposed to "public scandal and disgrace" as described in sub-section (A), please provide a detailed description of such injury too each plaintiff individually as described above and the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;

(4)  as to each damage claim of "damage to Barbara Heidegger's property" as described in sub-section (A),  please state with specificity the exact property damaged and state the name and star

number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

    (a) as to each damage claim of damage to their property as described in sub-section (A), please state the monetary amount of damaged property and the method by which you calculated the monetary amount of damaged property;

    (b) as to each damage claim of "damage to their property described in sub-section (A), please provide detailed calculations showing the manner and method used to arrive at your total claim in (dollars) or (time) and any receipts, insurance claims or any documentation, including but not limited to income tax claims which verify these calculations and claims of damaged property.

    (5) as to each individual plaintiff's claim that they "incur[red] various expenses, all to their damage," as described in sub-section (A), please state with specificity the exact nature of all damages incurred and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;

(B)   As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of these specific claims of injury; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

**INTERROGATORY NO. 4:**

    In relation to count VI, paragraph 62 of plaintiffs complaint, and without resorting to legal conclusions, describe with specificity the factual basis supporting:

(A)    plaintiffs' allegations that they were "singled out for unlawful treatment in a manner unlike similarly situated individuals"

    (1) as to each specific act of disparate treatment as described in sub-section (A), please state the name and star number or detailed physical description of each named and /or accused police officer

who is responsible;

(2)   as to each specific act of disparate treatment as described in sub-section (A), (1) each and every individual who you will rely upon in support of these specific claims of injury; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

**INTERROGATORY NO. 5:**

In relation to count 1 of plaintiffs complaint and without resorting to legal conclusions, describe with specificity the factual basis supporting:

(A) the injury to their business and property, claimed by each plaintiff individually specifically attributable to each defendant individually;

(1)   as to the specific injury to their business and property claimed as described in sub-section (A), please state the name and state number or detailed physical description of each named and / or accused police officer who is responsible;

(2)   specify the injury incurred.

(B)   As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

**INTERROGATORY NO. 6:**

In relation to count VII, paragraph 52 of plaintiffs complaint, and without resorting to legal conclusions, state in detail and describe with specificity the factual basis supporting your contention that:

(A) "plaintiffs as non-police officers were singled out for unlawful treatment in a manner unlike police officers who have received a de facto super-citizen status in the City of Chicago" please state with specificity the exact nature of this injury to each plaintiff individually and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;

> (1)   As to each and every factual basis set forth, identify (a) each and every individual who you will rely upon in support of these specific claims of injury; and (b) all documents or physical evidence which you will rely upon in support of this claim;

**ANSWER:**

**INTERROGATORY NO: 7:**

In relation to count IX, paragraph 51 of plaintiffs complaint, and without resorting to legal conclusions, describe with specificity the factual basis supporting:

> (A)    any and all physical abuse claimed by any individual plaintiff

>> (1)   as to each specific act of abuse described in sub-section (A), please state the name and star number or detailed physical description of each named and /or accused police officer who is responsible;

>> (2)   as to each specific act of abuse described in sub-section (A), please state the sequence of each physical contact made by each defendant individually; the nature of each physical contact made by each defendant individually, the location of each physical contact made by each defendant individually and the injury incurred;

> (B)    identify all documents or physical evidence which you will rely upon in support of this claim.

**INTERROGATORY NO: 8:**

In relation to count IX, paragraph 51 of plaintiffs' complaint, and without resorting to legal conclusions, describe with specificity:

> (A)   all "severe and permanent injuries" (both physical and emotional /

mental) claimed by each individual plaintiff specifically attributable to each defendant individually;

>(1)   as to each "severe and permanent injury" described in sub-section (A), please state the name and state number or detailed physical description of each named and / or accused police officer who is responsible;

>(2)   specify the injury incurred.

(B)   As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim.

(C)   all "life-threatening injuries" claimed by each individual plaintiff specifically attributable to each defendant individually;

>(1)   as to each "life threatening injury" described in sub-section (A), please state the name and state number or detailed physical description of each named and / or accused police officer who is responsible;

>(2)   specify the injury incurred.

(D)   As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim

**ANSWER:**

**INTERROGATORY NO: 9:**

In relation to count IX, paragraph 52 of plaintiffs' complaint, and without resorting to legal conclusions, describe with specificity:

>(A)   all injuries claimed by each individual plaintiff resulting in pain, mental sufffering, anguish and humiliation specifically attributable to each defendant individually;

>>(1)   as to plaintiffs' claim that the injuries included "pain, mental suffering, anguish and humiliation" as described in sub-section (A), please describe with specificity the exact nature of this injury to

each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;

(2)  as to plaintiff's claim of "anguish and humiliation " as described in sub-section (A), please state with specificity the exact nature of this injury to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;

(B)   As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of these specific claims of injury; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

**INTERROGATORY NO. 10:**

In relation to count XIII, paragraph 53 of plaintiffs' complaint and without resorting to legal conclusions, describe with specificity the factual basis supporting:

(A)   all damages claimed by each individual plaintiff specifically attributable to each defendant individually;

(1)    as to each damage claim of "severe emotional distress" described in sub-section (A),  please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(2)  as to each damage claim of "Injury to their minds, bodies, and nervous systems" described in sub-section (A),  please state with specificity the exact nature of this damage to each individual plaintiff and star the name and state number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(3)  as to each damage claim of "loss of sleep" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star

number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(4) as to each damage claim of "mental anguish" described in sub-section (A)please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(5) as to each damage claim of "nightmares" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(6) as to each damage claim of "anxiety attacks" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(7) as to each damage claim of "stress disorders" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(8) as to each damage claim of "phobias" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(9) as to each damage claim of "flashbacks" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(B)   As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

Respectfully submitted,

GERI LYNN YANOW
Assistant Corporation Counsel

SUITE 1400
30 NORTH LASALLE STREET
CHICAGO, ILLINOIS  60602
(312) 744-2837
(312) 744-6566 (FAX)
ATTY. NO. 06198618

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **OFFICER HANDZEL'S FIRST SET OF CONTENTION INTERROGATORIES TO EACH PLAINTIFF INDIVIDUALLY,** to be hand delivered to the persons named below at the address shown, on this 15TH day of May, 2008.

**Christopher R. Smith**
**Jared S. Kosoglad**
**Law Office of Christopher R. Smith**
**119 N. Peoria St., Suite 3A**
**Chicago IL 60607**

**Terrence M. Burns,**
**Daniel Noland**
**Dykema Gossett PLLC**
**10 South Wacker Drive / Suite 2300**
**Chicago, IL 60606**

GERI LYNN YANOW

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JOSE REYES, et al.,
     Plaintiffs

   v.

CITY OF CHICAGO,
   et al.,

     Defendants.

)
)
)
)
)
)
)
)
)
)

NO.  07 C 6877

JUDGE BUCKLO

**GREGORY INSLEY'S FIRST SET OF EXPERT**
**INTERROGATORIES AND DOCUMENT PRODUCTION REQUESTS**

  Defendant, Chicago Police Officer Gregory Insley, by his attorney, Geri Lynn

Yanow, Assistant Corporation Counsel of the City of Chicago, and pursuant to Rule 26,

33 and 34 of the Federal Rules of Civil Procedures propounds the following expert

interrogatories and document production requests to each individual plaintiff:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

  State the full name, address and telephone number of each person whom you
expect to call as an expert witness at trial and, with respect to each such expert witness
comply with all provisions of Federal Rule 26(a)(2)(B) of the Federal Rules of Civil
Procedure.

  **ANSWER:**


**INTERROGATORY NO. 2:**

  Identify all documents reviewed by and/or relied upon by each expert listed in
your answer to Interrogatory No. 1 in connection with this litigation.

**ANSWER:**

**INTERROGATORY NO. 3:**

Identify all reports, notes, work papers, drafts or any other documents prepared or otherwise generated by or at the request of each expert listed in your answer to Interrogatory No. 1 in connection with this litigation.

**ANSWER:**

**DOCUMENT PRODUCTION REQUESTS**

**REQUEST NO. 1:**

Produce a copy of the curriculum vitae or other professional resume of each expert listed in your answer to Interrogatory No. 1.

**ANSWER:**

**REQUEST NO. 2:**

Produce all documents reviewed by and/or relied upon by each expert listed in your answer to Interrogatory No. 1 in connection with this litigation.

**ANSWER:**

**REQUEST NO. 3:**

Produce all reports, notes, work papers, drafts or any other documents prepared or otherwise generated by or at the request of each expert listed in your answer to Interrogatory No. 1 in connection with this litigation.

**ANSWER:**

**REQUEST NO. 4:**

Produce all published material by each expert listed in your answer to Interrogatory No. 1.

**ANSWER:**

**REQUEST NO. 4:**

Produce all correspondence with each expert and produce all bills submitted by each expert.

**ANSWER:**

Respectfully submitted,

GERI LYNN YANOW
Assistant Corporation Counsel

30 NORTH LASALLE STREET
SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 744-2837
(312) 744-6566 (FAX)
ATTY. NO. 06198618

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and

foregoing **GREGORY INSLEY'S FIRST SET OF EXPERT INTERROGATORIES AND**

**DOCUMENT PRODUCTION REQUESTS** to be hand-delivered to the persons, named

below at the address shown, on this 15th day of May, 2008.

GERI LYNN YANOW

**Christopher R. Smith**
**Jared S. Kosoglad**
**Law Office of Christopher R. Smith**
**119 N. Peoria St., Suite 3A**
**Chicago IL 60607**

**Terrence M. Burns,**
**Daniel Noland**
**Dykema Gossett PLLC**
**10 South Wacker Drive / Suite 2300**
**Chicago, IL 60606**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JOSE REYES, et al.,                  )
             Plaintiffs     )
                       )
                       )
      v.                  )          NO.  07 C 6877
                       )
CITY OF CHICAGO,                  )          JUDGE BUCKLO
       et al.,              )
                       )
          Defendants.     )

## GREGORY INSLEY'S FIRST SET OF
## REQUESTS TO PRODUCE TO PLAINTIFFS

Chicago Police Officer Gregory Insley, by his attorney, Geri Lynn Yanow, Assistant Corporation Counsel for the City of Chicago, and pursuant to Rule 34 of the Federal Rules of Civil Procedure, requests each individual plaintiff,  produce the following documents and tangible things within thirty (30) days of service of this request, in regard to plaintiffs' complaint filed in this matter.

1.  Any and all statements of any of the parties (or officers, agents and employees thereof), named in whether written, oral, stenographic, electronically recorded, or otherwise.

2.  The statement of any witnesses or person claiming to be a witness of the occurrence, whether written, oral, stenographic, electronically recorded, or otherwise.

3.  The statement of any person, other than your attorney, who has knowledge of this lawsuit, the facts concerning the incident of which you complain, or the injuries and losses you claim as damages, whether written, oral, stenographic, electronically recorded, or otherwise.

4.  Any and all photographs, slides, tapes (video or audio), and drawings of (a) the scene of the occurrence; (b) the parties and witnesses; (c) any objects involved; (d) any physical injuries allegedly sustained by the plaintiff.

5.  Any and all medical reports, records, files and/or documents relating to any physical or mental injuries suffered by the plaintiff a result of the incident complained of.

6.  Any and all documentation as to the physical or mental condition of the plaintiff prior and subsequent to the alleged occurrence including, *inter alia*, injuries sustained in other accidents.

7.  Any and all bills for medical services, including but not limited to bills from hospitals, clinics, doctors, laboratories, physical therapists and radiologists relating to the incident complained of.

8.  Any and all other bills and receipts showing expenditures by the plaintiff which are claimed as damages in this case, including attorney's bills.

9.  All documentation of lost wages, earnings, or income allegedly sustained by the plaintiff as a result of the incidents or injuries which form the basis for the complaint in this action.

10.  Plaintiff's individual Federal and State Income Tax Returns, including W-2 forms, for the years 2000 through 2008, inclusive, as well as paystubs for the year 2007.

11. Any and all documentation regarding insurance coverage (including unemployment insurance) for any injuries, losses or damages suffered by the plaintiff as a result of defendants' alleged conduct, including, but not limited to, policies, claim forms and correspondence.

12.  Any and all court records, notes, transcripts, correspondence, or other court documents relating to incidents alleged in the complaint, and any other occurrence wherein the plaintiff was accused of violating the law.

13.  Any and all physical evidence, objects and tangible things the plaintiff and/or his attorney have knowledge of concerning or relating to the incident alleged in the complaint.

14.  Any and all reports or documents referred to or identified in answer to Gregory Insley's Interrogatories and Contention Interrogatories to plaintiffs.

15.  All documents indicating the identity, location and telephone number of any witness to the alleged incident(s).

16.  All documents relating to communications or contacts between the plaintiff and any person (other than your attorney) concerning the subject matter of your complaint in this lawsuit.

17.  Any and all reports and opinions rendered by any expert witness you expect to call to testify at trial in this case, and all memos, reports, articles, treatises, journals, studies, or other documents and physical evidence relied upon, consulted, or reviewed by the expert in connection with this case.

18.  Any and all files, records, and documents including, but not limited to, complaints, police documents received by plaintiff's counsel in any other matter, transcripts, witness statements, recordings and any other information which is currently in an electronic format, regarding any and all allegations made by plaintiff against any defendant.

In the event that the plaintiff withholds any document covered by these requests,

defendant further requests plaintiff to identify each such document together with the following information:

a)    The date of the document;

b)    A brief description of the subject matter of the document;

c)    The name of each author or preparer and an identification of each such person;

d)    The name of each person who was sent or furnished with the document, received, viewed or has had custody of the document, together with an identification of each such person;

e)    The reason for withholding;

f)    A statement of facts constituting the basis for any claim of privilege, work product or other ground of non-disclosure; and,

g)    The paragraph of this request to which the document relates. In the case of any document relating in any way to a meeting or any other conversation, all participants in the meeting or conversation are to be identified.

Respectfully submitted,

GERI LYNN YANOW
Assistant Corporation Counsel

SUITE 1400
30 NORTH LASALLE STREET
CHICAGO, ILLINOIS  60602
(312) 744-2837
(312) 744-6566 (FAX)
ATTY. NO. 06198618

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused true and correct copies of the above and foregoing **OFFICER GREGORY INSLEY'S FIRST SET OF REQUESTS TO PRODUCT PLAINTIFF,** to be hand delivered to the persons named below at the address shown, on this 15th day of May, 2008.

GERI LYNN YANOW

Christopher R. Smith
Jared S. Kosoglad
Law Office of Christopher R. Smith
119 N. Peoria St., Suite 3A
Chicago IL 60607

Terrence M. Burns,
Daniel Noland
Dykema Gossett PLLC
10 South Wacker Drive / Suite 2300
Chicago, IL 60606

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | NO.  07 C 6877 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE BUCKLO |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**GREGORY INSLEY'S FIRST SET
OF INTERROGATORIES TO PLAINTIFF**

Chicago Police Officer Gregory Insley, by his attorney, Geri Lynn Yanow,

Assistant Corporation Counsel, requests that, pursuant to Rule 33 of the Federal Rules

of Civil Procedure, each individual plaintiff , answer each of the following interrogatories,

individually and separately, in writing and under oath within thirty (30) days.

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

State your full name, date and place of birth, social security number, driver's
license number, present residential address, and all past residential addresses you
have had within the last ten (10) years, and if you have ever been known by any other
name, please state all names by which you have been known, the dates of use of each
such name, and the reasons for any change of name.

**ANSWER:**

**INTERROGATORY NO. 2:**

Identify each occupation or job in chronological order, for the past ten (10) years,
and, with respect to each employer, state:

      a)     the name and address of each employer;
      b)     the date of commencement and termination of each such

employment;
- c) the position(s) you held in each such employment;
- d) a general description of your job duties when you began and any subsequent changes in job duties for each such employment;
- e) the weekly average wages or earnings in each such employment;
- f) whether a physical examination was required prior to employment, and if so, the place, date and person giving such examination;
- g) the name of your immediate foreman, supervisor or superior at each such place of employment;
- h) whether you were ever subject to any disciplinary proceedings at each such employment;
- i) the reason for your termination of each such employment: and,
- j) whether you carried a weapon, and were licensed to carry a weapon, for the purposes of such employment;

**ANSWER:**


**INTERROGATORY NO. 3**:

Have you ever been involved in any civil action, either as a defendant, respondent or plaintiff, in a court or administrative agency? If so, state:

- a) The date, court and docket number of each action filed;
- b) The name of the parties involved and the attorneys representing each party;
- c) Describe the nature of each such action;
- d) The disposition of each such action whether or not there was an appeal, and if so, the result thereof, including the name and citation of each case; and,
- e) The amount of any settlement or judgment obtained in each such case.

**ANSWER:**


**INTERROGATORY NO. 4**:

Are you presently, or were you ever, married, and if so, state the name and address of your spouse, the date and place where your marriage took place, the full names, birth dates and present residence addresses of any and all children born of said

marriage; if you and your spouse are presently separated, please list your spouse's present address and date when the separation occurred or, if you or your spouse have filed for divorce or are divorced, the court and state where the divorce action is pending and the date upon which the complaint for divorce was filed.

**ANSWER**:

**INTERROGATORY NO. 5**:

Were any photographs, tapes (video or audio), slides, movies, pictures, drawings, demonstrative exhibits, or any other representations, which are related to the allegations of the complaint filed by you in this matter, made or taken; if so, state and identify (1) the date(s) on which the photographs, tapes (video or audio), slides, movies, pictures, drawings, demonstrative exhibits or any other representations were made or taken, (2) who made or took the photographs, tapes (video or audio), slides, movies, pictures, drawings, demonstrative exhibits or any other representations, and (3) who now has custody of such photographs, tapes (video or audio), slides, movies, pictures, drawings, or other representations.

**ANSWER**:

**INTERROGATORY NO. 6**:

State, list and itemize each item of expense, monetary loss or any other damage claimed by you in this action, and, with respect to each such item, provide the following information:

    a)    the amount of each expense, monetary loss or damage claimed;

    b)    how said amount was computed and the basis of said computation;

    c)    identify the documents used in calculating each item of damage; and

    d)    identify the individuals who will testify with respect to the item of damage.

**ANSWER**:

**INTERROGATORY NO. 7**:

Were you (or are you now) covered by insurance for any alleged injuries, losses or damages arising out of the incidents or injuries which form the basis for your Complaint?  If so, state:

      a)     the name, address and telephone number of the insurer(s);
      b)     the policy type(s) and number(s);
      c)     the amount of the claim(s); and
      d)     the disposition of such claim(s).

**ANSWER:**

**INTERROGATORY NO. 8:**

List and itemize any and all expenses, including, but not limited to, attorneys' fees incurred by you as a result of this occurrence alleged in your complaint along with a brief description as to the reason for each expense.

**ANSWER:**

**INTERROGATORY NO. 9:**

Are you claiming any loss of income as a result of the incidents or injuries alleged in the complaint?  If so, state:

      a)     The total gross and net income allegedly lost, the total number of work days lost, and the period of time over which said income was lost;
      b)     The claimed source of any lost income, including the name, address and telephone number of each such source;
      c)     The manner, that is, by daily rate, weekly, monthly, etc., in which you computed the amount of any claimed loss;
      d)     The date or inclusive dates on which you were unable to work;
      e)     Your present earnings per month; and
      f)     List your annual income for the years 2001 through 2006, as reported to the United States Internal Revenue Service, and your 2007 income to date.

**ANSWER:**

**INTERROGATORY NO. 10**:

Identify, each and every individual who witnessed, or claims to have witnessed, the occurrences or injuries alleged in the complaint and as to each person identified state the nature and substance of what they witnessed. "Identify" means to state: (I) his/her full name; (ii) present residence address or last known residence address and telephone number; (iii) his/her present or last known employer and address of such employer; and, (iv) whether the individual was ever employed by any party to this action, and if so, the name of such party, the inclusive dates of the individual's employment by such party and the last position held by the person as an employee of such party.

        **ANSWER:**

**INTERROGATORY NO. 11**:

Identify each and every individual (not previously identified in Interrogatory No. 10) with any knowledge with respect to the incident that is the subject to this lawsuit, the wrongful and improper conduct alleged to have occurred and each and every injury or damage complained of. As to each person identified, provide the name, current address and telephone number of such persons, state the nature and substance of their knowledge and state whether you, your attorneys or agents or anyone acting on your behalf have taken any statements, signed or unsigned, from such persons written or oral and, if so, identify who has custody of each such statement. "Identify" means to state: (I) his/her full name; (ii) present residence address or last known residence address and telephone number; (iii) his/her present or last known employer and address of such employer; and, (iv) whether the individual was ever employed by any party to this action, and if so, the name of such party, the inclusive dates of the individual's employment by such party and the last position held by the person as an employee of such party.

        **ANSWER:**

**INTERROGATORY NO. 12**:

Have you ever been arrested, detained or cited by a police officer, or other law enforcement, regulatory or administration official, for any offense? (including juvenile offenses or, ordinance, traffic or code violations), or have you otherwise entered into any sort of consent decree with any such officials in response to an investigation or other action involving a citation or threat of citation?  If yes, state for each arrest, detention, or citation (including consent decrees):

     a)     The date on which you were arrested, detained, or cited;

     b)     Identify the law enforcement agency and officers who arrested, detained or cited you;

     c)     Identify the charge(s) filed or cited against you;

     d)     Identify the judicial jurisdiction in which the arrest, detention or citation occurred;

     e)     State whether you pleaded guilty or not guilty;

     f)     State the name and location of each Court wherein you appeared and the dates of all Court appearances;

     g)     If the arrest, detention or citation resulted in a judicial, administrative or regulatory disposition, state:

               i)     the Court, or administrative or regulatory agency;

               ii)     the judge or administrative or regulatory hearing officer;

               iii)     the charges; and

               iv)     the disposition of those charges.

**ANSWER:**

**INTERROGATORY NO. 13:**

Identify all experts who are expected to testify on your behalf at trial in this action, and, with respect to each said expert, state:

     a)     The subject matter on which the expert is expected to testify and the nature of his expert testimony;

     b)     the basis of the person's expertise;

     c)     the substance of the facts to which the expert is expected to testify;

     d)     the substance of the opinions to which the expert is expected to testify and the grounds for each opinion;

     e)     identify all documents constituting the conclusions, opinions and/or reports of each expert and all documents each expert examined, relied on and included into or omitted from his data base in forming his conclusions or opinions;

     f)     whether the expert has ever been a witness in any other lawsuit and, if so, for each lawsuit give (I) the caption of the lawsuit; (ii) the

type of claim involved; (iii) the name and location of the court where the suit was pending; (iv) the name and address of the party and their attorney for whom the expert gave testimony, (v) whether this party was a plaintiff or defendant; and,

g)     the fee or hourly rate the expert is being paid.

**ANSWER:**

If you are you claiming damages for any physical or psychological injuries, answer Interrogatories 14-19. If you are not claiming such injuries please state so.

**INTERROGATORY NO. 14:**

Describe in detail any and all injuries (physical, emotional or mental) you claim were sustained by you as a result of the occurrences which form the basis for your complaint. With regard to each such injury, did you receive or are you receiving any medical care or treatment (including, but not limited to psychiatric, psychological or other professional care or treatment)? If so, identify:

a)     any hospital, mental institution, mental health center or other medical institution you were admitted or treated at for the injuries allegedly sustained by you as a result of the occurrence involved in this case;

b)     each attending, consulting, or treating physician, psychiatrist, or other health care professional;

c)     each person or laboratory taking an x-ray of you;

d)     the date or inclusive dates of examination, care or treatment by each such health care professional or facility who rendered you service, and the date(s) of admission and discharge as to each facility;

e)     the nature of the care or treatment rendered by each such person or facility and the reason(s) for each treatment or hospitalization; and

f)     the amounts to date of their respective bills for service.

**ANSWER:**

**INTERROGATORY NO. 15**:

Have you or your attorney received any written report by any health care professional or health care facility concerning any injuries (physical, emotional or mental) you claim to have sustained as a result of the incidents which form the basis of your complaint?  If so, please state:

      a)     The date each report was made;
      b)     The name, address, and profession or occupation of the person making the report;
      c)     The name, address and telephone number of the person who has present possession of the report or any copy of it; and
      d)     A brief description of the contents of the report.

      **ANSWER**:

**INTERROGATORY NO. 16:**

Since March 27. 2004, have you been admitted to a hospital or medical institution, or sought treatment at any emergency room of any hospital or medical institution, x-rayed, or been under the treatment or care of a physician, psychiatrist or other health care professional or facility for medical problems other than those associated with the incidents or injuries which form the basis for your complaint (as listed in response to Interrogatory No. 14)?  If so, state:

      a)     the name, address and telephone number of each such hospital, clinic, technician, physician, psychiatrist, or other healthier care professional or facility;
      b)     the approximate dates of the confinement, treatment or service; and,
      c)     the reason for such confinement, treatment or service.

      **ANSWER**:

**INTERROGATORY NO. 17:**

Are you currently or have you ever received any disability benefits for any physical, mental or emotional illness, condition or injury form any source, including but not limited to, a private employer, a private insurer, the Social Security Administration, the Illinois Department of Public Aid, etc?  If so, list as to each benefit:

a)     the name and address of the source of the benefit;
b)     the nature of the disability involved;
c)     the period of time (month and year) during which the disability benefit was provided; and
d)     the nature and amount of the benefit.

**ANSWER:**

**INTERROGATORY NO. 18:**

Prior to March 27, 2004, had you ever been admitted to any hospital or other medical institution, or sought treatment at any emergency room of any hospital or medical institution, x-rayed, or been under the treatment and care of any physician, psychiatrist, psychologist, mental health care practitioner or other health care practitioner or facility?  If so, please identify:

a)     the full name and address of each such hospital or other medical institution and each such physician, psychologist, mental health care practitioner, or other health care practitioner;
b)     the inclusive dates of confinement at each such hospital or medical institution and the dates of treatment by any such physician, psychologist, mental health care practitioner or other health care practitioner; and,
c)     the reason for our confinement in such hospital or medical institution or treatment by the health case practitioner, and the condition or conditions for which you were treated by such physician, psychiatrist, psychologist, mental health care practitioner, or other health care practitioner.

**ANSWER:**

**INTERROGATORY NO. 19:**

Prior to March 27, 2004, had you ever suffered any personal injury or been involved in an accident of any kind, nature, or description whatsoever?  If so, please state:

a)     the date and places where each such injury or accident occurred;

b)      the names and present addresses of any other person or persons involved;

c)      the names and addresses of any and all doctors who attended you, examined, or rendered all treatment to you, or hospitals, medical institution, or clinics to which you were confined or where you received medical attention for each such personal injury or accident;

d)      the nature of the injury or injuries suffered;

e)      the approximate date of your recovery from each such injury; and,

f)      if you did not recover fully, the date your condition became stable and a description of your condition at that time.

**ANSWER:**

**INTERROGATORY NO. 20:**

Identify all persons who are expected to testify on your behalf at trial in this action, and, with respect to each said witness, state:

a)      his/her full name;

b)      present residence address or last known residence address and telephone number;

c)      his/her present or last known employer and address of such employer; and,

d)      whether the individual was ever employed by any party to this action, and if so, the name of such party, the inclusive dates of the individual's employment by such party and the last position held by the person as an employee of such party.

**ANSWER:**

**INTERROGATORY NO. 21:**

Have you ever received treatment for drug or alcohol problems or been diagnosed as having a drug or alcohol problem. If so, state

a)      the full name and address of each such medical facility or other institution and each such physician, psychologist, mental health

care practitioner, other health care practitioner, or drug or alcohol counselor.

b)    the inclusive dates of confinement or out-patient treatment at each such medical facility or other institution and the dates of treatment by any such physician, psychologist, mental health care practitioner, other health care practitioner or drug or alcohol counselor.

c)    the reason for your confinement or out-patient treatment in such medical facility or other institution or treatment by the health care practitioner or drug or alcohol counselor, and the condition or conditions for which were treated by such physician, psychiatrist, psychologist, mental health care practitioner, other health care practitioner or drug or alcohol counselor.

Respectfully submitted,

GERI LYNN YANOW
Assistant Corporation Counsel

SUITE 1400
30 NORTH LASALLE STREET
CHICAGO, ILLINOIS  60602
(312) 744-2837
(312) 744-6566 (FAX)
ATTY. NO. 06198618

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and

foregoing **OFFICER GREGORY INSLEY'S FIRST SET INTERROGATORIES TO**

**EACH INDIVIDUAL PLAINTIFF,** to be hand delivered to the persons named below at

the address shown, on this 15th day of May, 2008.

_____
GERI LYNN YANOW

**Christopher R. Smith**
**Jared S. Kosoglad**
**Law Office of Christopher R. Smith**
**119 N. Peoria St., Suite 3A**
**Chicago IL 60607**

**Terrence M. Burns,**
**Daniel Noland**
**Dykema Gossett PLLC**
**10 South Wacker Drive / Suite 2300**
**Chicago, IL 60606**