IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

REYES, et. al.        )
                      )
                      )        07 C 6877
VS                    )
                      )
                      )
CITY OF CHICAGO, et. al.  )
                      )
    Defendant.        )

**FILED**
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

To:   JARED S. KOSOGLAD
      119 N. PEORIA ST SUTE 3A
      CHICAGO IL 60607

**PLEASE TAKE NOTICE** that on Friday, June 20, 2008, I caused to be filed with the Clerk of the Northern District of Illinois, Eastern Division, Chicago, Illinois, the attached DEFENDANT'S APPEARANCE.

### CERTIFICATE OF SERVICE

I, Steven C. Rueckert, an attorney, certify that on 06/20/08, I served the above and foregoing Appearance, on the persons shown above at the address shown therein by depositing same via U.S. Mail, at 53 West Jackson Blvd.; Chicago, Illinois 60604, postage prepaid before the hour of 5:00PM.

Respectfully submitted,

_____
STEVEN C. RUECKERT
Attorney at Law
53 West Jackson Blvd. - Suite 1410
Chicago, Illinois  60604
(312) 427-6464  Office
(312) 427-1215  Fax

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 07 C 6877
REYES et. al.

V.

CITY OF CHICAGO, ct. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CARL SUCHOCKI

FILED
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| STEVEN C. RUECKERT |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Steven C. Rueckert |

| FIRM |
|---|
| LAW OFFICE OF STEVEN C. RUECKERT |

| STREET ADDRESS |
|---|
| 53 WEST JACKSON BLVD SUITE 1410 |

| CITY/STATE/ZIP |
|---|
| CHICAGO IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC # 2418886 | 312-427-6464 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐