## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOSE REYES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 07 CV 6877 |
| ) | |
| CITY OF CHICAGO, et al., ) | Judge Elaine E. Bucklo |
| ) | |
| Defendants. ) | Magistrate Judge Michael T. Mason |

### NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on **July 1, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion for Entry of Protective Orders**.

                                                    Respectfully submitted,

                                                    s/Molly E. Thompson (ARDC No. 6293942)

| | |
|---|---|
| Terrence M. Burns | One of the Attorneys for Defendants |
| Daniel M. Noland | Philip Cline, Debra Kirby, Mayor Richard |
| Molly E. Thompson | M. Daley, and the City of Chicago |
| Dykema Gossett PLLC | |
| 10 South Wacker Drive | |
| Suite 2300 | |
| Chicago, Illinois  60606 | |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 24, 2008 I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Christopher R. Smith
Jared S. Kosoglad
Law Office of Christopher R. Smith
119 North Peoria Street
Suite 3A
Chicago, Illinois  60607
312.432.0400

Geri Lynn Yanow
City of Chicago, Department of Law
30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
312.744.9010

John S. LaMantia
LaMantia Law Associates
2505 South Des Plaines Avenue
North Riverside, Illinois  60546
708.828.9011

                                                s/Molly E. Thompson (ARDC No. 6293942)
                                                Molly E. Thompson

CHICAGO\2461993.1
ID\METH