# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jose Reyes, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:07–cv–06877
                                                            Honorable Elaine E. Bucklo

City Of Chicago, et al.

                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

        MINUTE entry before the Honorable Elaine E. Bucklo: Defendants have 21 days to answer or otherwise plead. Everything else in this case is stayed until next status hearing.plaintiff's motion for protective order [42] is denied as moot. Defendants' motion for qualified HIPAA and Confidential protective order and the supplemental Attorneys' Eyes Only Protective order [44] is granted. Status hearing set for 10/14/2008 at 09:30 AM.)Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.