IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6877 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | Magistrate Judge Michael T. Mason |

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME**

Defendants, Philip Cline, Debra Kirby, Mayor Richard M. Daley, and the City of Chicago, by their attorneys, Dykema Gossett PLLC, and Defendants, John Blake, David Case, Michael Connelly, Brendan Cocoran, James Eldridge, Brian Ferguson, James Foley, Lance Handzel, Michael Harvey, Gregory Insley, Donovan Markiewicz, John McGovern, Christopher Nelligan, Eric J. Olsen, Bret Rice, Guadalupe Salinas, Bartosz Maka, and Cheryl Hurley as administrator of the Estate of John Hurley, by their attorney Geri Lynn Yanow, Assistant Corporation Counsel for the City of Chicago, for their motion for extension of time to answer or otherwise plead, state as follows:

1.  Defendants' responsive pleadings were due July 23, 2008.  Everything else in this case is stayed until the Court's next status date, October 14, 2008.  (Dkt. 55.)

2.  Although Defendants' motions to dismiss are substantially complete, Defendants request an additional seven days so Defendants' counsel can continue to work on the motions and work together so that portions of Defendants' motions are not unnecessarily duplicative of each other.

3.  This motion is not presented for purposes of unnecessary delay and, because this case is currently stayed, it will not serve to prejudice any party.

WHEREFORE, Defendants respectfully request a seven-day extension of time to answer or otherwise plead to Plaintiffs' complaint, and for any other relief this Court deems appropriate.

Dated: July 23, 2008                                  Respectfully submitted,

 

|  |  |
|---|---|
|  | s/Molly E. Thompson |
| Terrence M. Burns | One of the Attorneys for Defendants |
| Daniel M. Noland | Philip Cline, Debra Kirby, Mayor Richard |
| Molly E. Thompson | M. Daley, and the City of Chicago |
| Dykema Gossett PLLC |  |
| 10 South Wacker Drive, Suite 2300 |  |
| Chicago, Illinois 60606 |  |
|  |  |
|  | s/ GERI LYNN YANOW |
| Geri Lynn Yanow | One of the Attorneys for Defendants, Blake, |
| Jonathan Clark Green | Case, Connelly, Cocoran, Eldridge, |
| Joel G. Sandoval | Ferguson, Foley, Handzel, Harvey, Insley, |
| City of Chicago | Markiewicz, McGovern, Nelligan, Olsen, |
| Department of Law | Rice, Salinas, Maka, and Hurley |
| 30 North LaSalle Street, Suite 1400 |  |
| Chicago, Illinois 60602 |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2008 I caused the foregoing **Motion for Extension of Time** to be served by CM/ECF Noticing on the parties listed below:

| | |
|---|---|
| Christopher R. Smith<br>James M. Baranyk<br>Law Office of Christopher R. Smith<br>119 North Peoria Street<br>Suite 3A<br>Chicago, Illinois  60607<br>312.432.0400 | Geri Lynn Yanow<br>Jonathan Clark Green<br>Joel G. Sandoval<br>City of Chicago, Department of Law<br>30 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois  60602<br>312.744.9010 |
| Steven Craig Rueckert<br>Law Offices of Steven C. Rueckert<br>53 West Jackson Boulevard<br>Suite 1410<br>Chicago, IL 60604-3703<br>312.427.6464 | John S LaMantia<br>LaMantia Law Associates<br>72 S. LaGrange Road , #9<br>LaGrange, IL 60525-1521<br>708.588.8266 |

s/ Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2476870.1
ID\METH