IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6877 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | Magistrate Judge Michael T. Mason |

**NOTICE OF MOTION**

TO:    See Attached Service List

     PLEASE TAKE NOTICE that on **July 28, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Joint Motion for Extension of Time to Answer or Otherwise Plead**.

                                Respectfully submitted,

                                s/Molly E. Thompson (ARDC No. 6293942)

Terrence M. Burns                        One of the Attorneys for Defendants
Daniel M. Noland                         Philip Cline, Debra Kirby, Mayor Richard
Molly E. Thompson                       M. Daley, and the City of Chicago
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2008 I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| Christopher R. Smith<br>James M. Baranyk<br>Law Office of Christopher R. Smith<br>119 North Peoria Street<br>Suite 3A<br>Chicago, Illinois  60607<br>312.432.0400 | Geri Lynn Yanow<br>Jonathan Clark Green<br>Joel G. Sandoval<br>City of Chicago, Department of Law<br>30 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois  60602<br>312.744.9010 |
| Steven Craig Rueckert<br>Law Offices of Steven C. Rueckert<br>53 West Jackson Boulevard<br>Suite 1410<br>Chicago, IL 60604-3703<br>312.427.6464 | John S LaMantia<br>LaMantia Law Associates<br>72 S. LaGrange Road , #9<br>LaGrange, IL 60525-1521<br>708.588.8266 |

s/Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2476896.1
ID\METH