IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE REYES, and SONIA OLAZABA, on behalf of themselves individually and as the Parents and Guardians of DENISE FERNANDEZ and KIMBERLY FERNANDEZ, minors,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, CHICAGO POLICE OFFICERS JEROME FINNEGAN, Star #5167, CARL SUCHOCKI, Star #18391, JAMES ELDRIDGE, Star #2081, JOHN BLAKE, Star #454, ERIC OLSEN, Star #19456, GREGORY INSLEY, Star #14260, FRANK VILLAREAL, Star #10438, B.CORCORAN, Star #17069, J. HURLEY, Star #17516, B.MAKA, Star #12206, G. SALINAS, Star #10293, B.RICE, Star #16059, OFFICER HANDZEL, Star #8116, OFFICER MARKIEWICZ, Star #17092, OFFICER FERGUSON, Star #14213, OFFICER NELLIGAN, Star #8953, OFFICER HARVEY, Star 39165, OFFICER MCGOVERN, Star 318856, OFFICER CASE, Star #1753, OFFICER CONNELLY, Star316869, OFFICER FOLEY, Star #10613, SUPERINTENDANT PHILIP CLINE, DEBRA KIRBY, MAYOR RICHARD DALEY, and UNKNOWN CHICAGO POLICE OFFICERS,<br><br>Defendants. | No.   07 C 6877<br><br>Judge Bucklo<br><br>Magistrate Judge Mason<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY DEMANDED |

**MOTION TO JOIN CO-DEFENDANT'S MOTION FOR
EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant Carl Suchocki, by and through his attorney, Steven C. Rueckert and moves this Honorable Court to enter an Order allowing him to join in his Co-Defendant's Motion for extension of time or otherwise plead.

1

IN SUPPORT thereof the Defendant states as follows.

1. The Co-Defendants have filed Motions to extend the time ordered by this Court to answer or otherwise plead.

2. Defendant Suchocki needs additional time to respond to the complaint.

WHEREFORE Defendant Suchocki respectfully requests that he be allowed to join the Co-Defendant's Motion for Extension of Time and that he be allowed additional time to answer or otherwise plead.

Respectfully submitted,

/s/Steven C. Rueckert
**STEVEN C. RUECKERT**
Attorney for Defendant-Carl Suchocki
53 West Jackson Blvd. - Suite 1410
Chicago, Illinois  60604
(312) 427-6464  Office
(312) 427-1215  Fax