IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, and SONIA OLAZABA, on behalf of themselves individually and as the Parents and Guardians of DENISE FERNANDEZ and KIMBERLY FERNANDEZ, minors, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.    07 C 6877 |
| CITY OF CHICAGO, CHICAGO POLICE OFFICERS JEROME FINNEGAN, Star #5167, CARL SUCHOCKI, Star #18391, JAMES ELDRIDGE, Star #2081, JOHN BLAKE, Star #454, ERIC OLSEN, Star #19456, GREGORY INSLEY, Star #14260, FRANK VILLAREAL, Star #10438, B.CORCORAN, Star #17069, J. HURLEY, Star #17516, B.MAKA, Star #12206, G. SALINAS, Star #10293, B.RICE, Star #16059, OFFICER HANDZEL, Star #8116, OFFICER MARKIEWICZ, Star #17092, OFFICER FERGUSON, Star #14213, OFFICER NELLIGAN, Star #8953, OFFICER HARVEY, Star 39165, OFFICER MCGOVERN, Star 318856, OFFICER CASE, Star #1753, OFFICER CONNELLY, Star316869, OFFICER FOLEY, Star #10613, SUPERINTENDANT PHILIP CLINE, DEBRA KIRBY, MAYOR RICHARD DALEY, and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Bucklo<br><br>Magistrate Judge Mason |
| Defendants. | ) | JURY DEMANDED |

## NOTICE OF FILING

To:    **See Attached Service List**

**PLEASE TAKE NOTICE** that on Friday, July 25, 2008, I caused to be filed with the Clerk of the Northern District of Illinois, Eastern Division, Chicago, Illinois, the attached Defendant Carl Suchocki's *Motion to Join Co-Defendant's Motion for Extension of Time to File Answer or Otherwise Plead*.

1

## CERTIFICATE OF SERVICE

I, hereby certify that foregoing Defendant Carl Suchocki's *Motion to Join Co-Defendant's Motion for Extension of Time to File Answer or Otherwise Plead* was served on July 25, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5., and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Respectfully submitted,

/s/Steven C. Rueckert
**STEVEN C. RUECKERT**
Attorney for Defendant-Carl Suchocki
53 West Jackson Blvd. - Suite 1410
Chicago, Illinois   60604
(312) 427-6464  Office
(312) 427-1215  Fax

## **SERVICE LIST**
Reyes et al v. City of Chicago et al
07 CV 6877

*Attorney for Plaintiffs Jose Reyes, Sonia Olazaba, Denise Fernandez, Kimberly Fernandez*

**James M. Baranyk**
**Jared Samuel Kosoglad**
**Christopher R. Smith**
Law Office of Christopher R. Smith
119 North Peoria Street Suite 3A
Chicago IL 60607
(312) 432-0400

*Attorney for Defendants City of Chicago, Philip Cline, Debra Kirby, Richard Daley*

**Terrence Michael Burns**
**Daniel Matthew Noland**
**Molly E. Thompson**
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive Suite 2300
Chicago IL 60606
(312) 876-1700

*Attorney for Defendants James Eldridge, John Blake, Eric Olsen, Gregory Insley, B Corcoran, J. Hurley, B. Maka, G Salinas, B. Rice, Handzel, Offier Markiewicz, Ferguson, Nelligan, Officer Harvey, McGovern, Officer Case, Officer Connelly, Officer Foley*

| | |
|---|---|
| **Geri Lynn Yanow** | **Jonathan Clark Green** |
| City of Chicago, Department of Law | Chicago Corporation Counsel |
| 30 North LaSalle Street Suite 1400 | 30 North LaSalle Street Suite 1400 |
| Chicago IL 60602 | Chicago IL 60602 |
| (312) 744-2837 | (312) 744-0226 |
| (312) 744-6566 fax | (312) 744-6566 fax |

*Attorney for Defendant Frank Villareal*

**John S LaMantia**
LaMantia Law Associates
72 S. LaGrange Road #9
LaGrange, IL 60525-1521
(708) 588-8266

3