IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES and SONIA OLAZABA, on behalf of themselves individually and as the Parents and Guardians of DENISE FERNANDEZ and KIMBERLY FERNANDEZ, minors <br><br> Plaintiffs, <br><br> vs. <br> CITY OF CHICAGO, et al. <br><br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 C 6877 <br><br> Judge Bucklo |

# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS            Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS              NUMBER 04111795701

   JOSE     L REYES

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

Charging the above named defendant with:

   720-570/402-C                         F     PCS - POSSESSION - LESS T
The following disposition(s) was/were rendered before the Honorable Judge(s):


03/27/04 PROBABLE CAUSE TO DETAIN
     SHEEHAN, KEVIN M.
03/27/04 BAIL AMOUNT SET                                        $    2000
     SHEEHAN, KEVIN M.
03/27/04 MOTION STATE - CONTINUANCE -MS    04/19/04 1157
     SHEEHAN, KEVIN M.
04/20/04 DEF DEMAND FOR TRIAL
     BROSNAHAN, MARY MARGARET
04/20/04 NOLLE PROSEQUI                    C001
     BROSNAHAN, MARY MARGARET
04/21/04 CBR PROCSED FRWD ACCT DEP
     BOND RELEASED 041904


                              I hereby certify that the foregoing has
                              been entered of record on the above
                              captioned case.
                              Date 11/19/07

                              _____
                                     DOROTHY BROWN
                              CLERK OF THE CIRCUIT COURT OF COOK COUNTY