IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE REYES and SONIA OLAZABA, on behalf of themselves individually and as the Parents and Guardians of DENISE FERNANDEZ and KIMBERLY FERNANDEZ, minors<br><br>    Plaintiffs,<br><br> vs.<br>CITY OF CHICAGO, et al.<br><br><br>    Defendants. | No. 07 C 6877<br><br>Judge Bucklo |

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | NO. 07 C 6877 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | JUDGE BUCKLO |
| | ) | |
| Defendants. | ) | |

## GREGORY INSLEY'S FIRST SET
## OF INTERROGATORIES TO PLAINTIFF

Chicago Police Officer Gregory Insley, by his attorney, Geri Lynn Yanow, Assistant Corporation Counsel, requests that, pursuant to Rule 33 of the Federal Rules of Civil Procedure, each individual plaintiff, answer each of the following interrogatories, individually and separately, in writing and under oath within thirty (30) days.

### INTERROGATORIES

**INTERROGATORY NO. 1:**

State your full name, date and place of birth, social security number, driver's license number, present residential address, and all past residential addresses you have had within the last ten (10) years, and if you have ever been known by any other name, please state all names by which you have been known, the dates of use of each such name, and the reasons for any change of name.

**ANSWER:**


**INTERROGATORY NO. 2:**

Identify each occupation or job in chronological order, for the past ten (10) years, and, with respect to each employer, state:

    a)    the name and address of each employer;
    b)    the date of commencement and termination of each such

        employment;
c)     the position(s) you held in each such employment;
d)     a general description of your job duties when you began and any subsequent changes in job duties for each such employment;
e)     the weekly average wages or earnings in each such employment;
f)     whether a physical examination was required prior to employment, and if so, the place, date and person giving such examination;
g)     the name of your immediate foreman, supervisor or superior at each such place of employment;
h)     whether you were ever subject to any disciplinary proceedings at each such employment;
i)     the reason for your termination of each such employment: and,
j)     whether you carried a weapon, and were licensed to carry a weapon, for the purposes of such employment;

**ANSWER:**


**INTERROGATORY NO. 3**:

Have you ever been involved in any civil action, either as a defendant, respondent or plaintiff, in a court or administrative agency?  If so, state:

a)     The date, court and docket number of each action filed;
b)     The name of the parties involved and the attorneys representing each party;
c)     Describe the nature of each such action;
d)     The disposition of each such action whether or not there was an appeal, and if so, the result thereof, including the name and citation of each case; and,
e)     The amount of any settlement or judgment obtained in each such case.

**ANSWER:**


**INTERROGATORY NO. 4**:

Are you presently, or were you ever, married, and if so, state the name and address of your spouse, the date and place where your marriage took place, the full names, birth dates and present residence addresses of any and all children born of said

marriage; if you and your spouse are presently separated, please list your spouse's present address and date when the separation occurred or, if you or your spouse have filed for divorce or are divorced, the court and state where the divorce action is pending and the date upon which the complaint for divorce was filed.

**ANSWER**:

**INTERROGATORY NO. 5**:

Were any photographs, tapes (video or audio), slides, movies, pictures, drawings, demonstrative exhibits, or any other representations, which are related to the allegations of the complaint filed by you in this matter, made or taken; if so, state and identify (1) the date(s) on which the photographs, tapes (video or audio), slides, movies, pictures, drawings, demonstrative exhibits or any other representations were made or taken, (2) who made or took the photographs, tapes (video or audio), slides, movies, pictures, drawings, demonstrative exhibits or any other representations, and (3) who now has custody of such photographs, tapes (video or audio), slides, movies, pictures, drawings, or other representations.

**ANSWER**:

**INTERROGATORY NO. 6**:

State, list and itemize each item of expense, monetary loss or any other damage claimed by you in this action, and, with respect to each such item, provide the following information:
    a)    the amount of each expense, monetary loss or damage claimed;
    b)    how said amount was computed and the basis of said computation;
    c)    identify the documents used in calculating each item of damage; and
    d)    identify the individuals who will testify with respect to the item of damage.

**ANSWER**:

**INTERROGATORY NO. 7**:

Were you (or are you now) covered by insurance for any alleged injuries, losses or damages arising out of the incidents or injuries which form the basis for your Complaint? If so, state:
- a) the name, address and telephone number of the insurer(s);
- b) the policy type(s) and number(s);
- c) the amount of the claim(s); and
- d) the disposition of such claim(s).

**ANSWER**:

**INTERROGATORY NO. 8**:

List and itemize any and all expenses, including, but not limited to, attorneys' fees incurred by you as a result of this occurrence alleged in your complaint along with a brief description as to the reason for each expense.

**ANSWER**:

**INTERROGATORY NO. 9**:

Are you claiming any loss of income as a result of the incidents or injuries alleged in the complaint? If so, state:
- a) The total gross and net income allegedly lost, the total number of work days lost, and the period of time over which said income was lost;
- b) The claimed source of any lost income, including the name, address and telephone number of each such source;
- c) The manner, that is, by daily rate, weekly, monthly, etc., in which you computed the amount of any claimed loss;
- d) The date or inclusive dates on which you were unable to work;
- e) Your present earnings per month; and
- f) List your annual income for the years 2001 through 2006, as reported to the United States Internal Revenue Service, and your 2007 income to date.

**ANSWER**:

**INTERROGATORY NO. 10:**

Identify, each and every individual who witnessed, or claims to have witnessed, the occurrences or injuries alleged in the complaint and as to each person identified state the nature and substance of what they witnessed. "Identify" means to state: (I) his/her full name; (ii) present residence address or last known residence address and telephone number; (iii) his/her present or last known employer and address of such employer; and, (iv) whether the individual was ever employed by any party to this action, and if so, the name of such party, the inclusive dates of the individual's employment by such party and the last position held by the person as an employee of such party.

**ANSWER:**


**INTERROGATORY NO. 11:**

Identify each and every individual (not previously identified in Interrogatory No. 10) with any knowledge with respect to the incident that is the subject to this lawsuit, the wrongful and improper conduct alleged to have occurred and each and every injury or damage complained of. As to each person identified, provide the name, current address and telephone number of such persons, state the nature and substance of their knowledge and state whether you, your attorneys or agents or anyone acting on your behalf have taken any statements, signed or unsigned, from such persons written or oral and, if so, identify who has custody of each such statement. "Identify" means to state: (I) his/her full name; (ii) present residence address or last known residence address and telephone number; (iii) his/her present or last known employer and address of such employer; and, (iv) whether the individual was ever employed by any party to this action, and if so, the name of such party, the inclusive dates of the individual's employment by such party and the last position held by the person as an employee of such party.

**ANSWER:**


**INTERROGATORY NO. 12:**

Have you ever been arrested, detained or cited by a police officer, or other law enforcement, regulatory or administration official, for any offense? (including juvenile offenses or, ordinance, traffic or code violations), or have you otherwise entered into any sort of consent decree with any such officials in response to an investigation or other action involving a citation or threat of citation? If yes, state for each arrest, detention, or citation (including consent decrees):

- a) The date on which you were arrested, detained, or cited;
- b) Identify the law enforcement agency and officers who arrested, detained or cited you;
- c) Identify the charge(s) filed or cited against you;
- d) Identify the judicial jurisdiction in which the arrest, detention or citation occurred;
- e) State whether you pleaded guilty or not guilty;
- f) State the name and location of each Court wherein you appeared and the dates of all Court appearances;
- g) If the arrest, detention or citation resulted in a judicial, administrative or regulatory disposition, state:
  - i) the Court, or administrative or regulatory agency;
  - ii) the judge or administrative or regulatory hearing officer;
  - iii) the charges; and
  - iv) the disposition of those charges.

**ANSWER:**

**INTERROGATORY NO. 13:**

Identify all experts who are expected to testify on your behalf at trial in this action, and, with respect to each said expert, state:
- a) The subject matter on which the expert is expected to testify and the nature of his expert testimony;
- b) the basis of the person's expertise;
- c) the substance of the facts to which the expert is expected to testify;
- d) the substance of the opinions to which the expert is expected to testify and the grounds for each opinion;
- e) identify all documents constituting the conclusions, opinions and/or reports of each expert and all documents each expert examined, relied on and included into or omitted from his data base in forming his conclusions or opinions;
- f) whether the expert has ever been a witness in any other lawsuit and, if so, for each lawsuit give (I) the caption of the lawsuit; (ii) the

                    type of claim involved; (iii) the name and location of the court where the suit was pending; (iv) the name and address of the party and their attorney for whom the expert gave testimony, (v) whether this party was a plaintiff or defendant; and,

    g)    the fee or hourly rate the expert is being paid.

**ANSWER:**


If you are you claiming damages for any physical or psychological injuries, answer Interrogatories 14-19. If you are not claiming such injuries please state so.

**INTERROGATORY NO. 14:**

    Describe in detail any and all injuries (physical, emotional or mental) you claim were sustained by you as a result of the occurrences which form the basis for your complaint. With regard to each such injury, did you receive or are you receiving any medical care or treatment (including, but not limited to psychiatric, psychological or other professional care or treatment)? If so, identify:

    a)    any hospital, mental institution, mental health center or other medical institution you were admitted or treated at for the injuries allegedly sustained by you as a result of the occurrence involved in this case;

    b)    each attending, consulting, or treating physician, psychiatrist, or other health care professional;

    c)    each person or laboratory taking an x-ray of you;

    d)    the date or inclusive dates of examination, care or treatment by each such health care professional or facility who rendered you service, and the date(s) of admission and discharge as to each facility;

    e)    the nature of the care or treatment rendered by each such person or facility and the reason(s) for each treatment or hospitalization; and

    f)    the amounts to date of their respective bills for service.

**ANSWER:**

**INTERROGATORY NO. 15:**

Have you or your attorney received any written report by any health care professional or health care facility concerning any injuries (physical, emotional or mental) you claim to have sustained as a result of the incidents which form the basis of your complaint? If so, please state:
- a) The date each report was made;
- b) The name, address, and profession or occupation of the person making the report;
- c) The name, address and telephone number of the person who has present possession of the report or any copy of it; and
- d) A brief description of the contents of the report.

**ANSWER:**




**INTERROGATORY NO. 16:**

Since March 27. 2004, have you been admitted to a hospital or medical institution, or sought treatment at any emergency room of any hospital or medical institution, x-rayed, or been under the treatment or care of a physician, psychiatrist or other health care professional or facility for medical problems other than those associated with the incidents or injuries which form the basis for your complaint (as listed in response to Interrogatory No. 14)? If so, state:

- a) the name, address and telephone number of each such hospital, clinic, technician, physician, psychiatrist, or other healthier care professional or facility;
- b) the approximate dates of the confinement, treatment or service; and,
- c) the reason for such confinement, treatment or service.

**ANSWER:**




**INTERROGATORY NO. 17:**

Are you currently or have you ever received any disability benefits for any physical, mental or emotional illness, condition or injury form any source, including but not limited to, a private employer, a private insurer, the Social Security Administration, the Illinois Department of Public Aid, etc? If so, list as to each benefit:

a) the name and address of the source of the benefit;
b) the nature of the disability involved;
c) the period of time (month and year) during which the disability benefit was provided; and
d) the nature and amount of the benefit.

**ANSWER:**

**INTERROGATORY NO. 18:**

Prior to March 27, 2004, had you ever been admitted to any hospital or other medical institution, or sought treatment at any emergency room of any hospital or medical institution, x-rayed, or been under the treatment and care of any physician, psychiatrist, psychologist, mental health care practitioner or other health care practitioner or facility? If so, please identify:

a) the full name and address of each such hospital or other medical institution and each such physician, psychologist, mental health care practitioner, or other health care practitioner;
b) the inclusive dates of confinement at each such hospital or medical institution and the dates of treatment by any such physician, psychologist, mental health care practitioner or other health care practitioner; and,
c) the reason for our confinement in such hospital or medical institution or treatment by the health case practitioner, and the condition or conditions for which you were treated by such physician, psychiatrist, psychologist, mental health care practitioner, or other health care practitioner.

**ANSWER:**

**INTERROGATORY NO. 19:**

Prior to March 27, 2004, had you ever suffered any personal injury or been involved in an accident of any kind, nature, or description whatsoever? If so, please state:
a) the date and places where each such injury or accident occurred;

    b)    the names and present addresses of any other person or persons involved;

    c)    the names and addresses of any and all doctors who attended you, examined, or rendered all treatment to you, or hospitals, medical institution, or clinics to which you were confined or where you received medical attention for each such personal injury or accident;

    d)    the nature of the injury or injuries suffered;

    e)    the approximate date of your recovery from each such injury; and,

    f)    if you did not recover fully, the date your condition became stable and a description of your condition at that time.

**ANSWER:**

**INTERROGATORY NO. 20:**

Identify all persons who are expected to testify on your behalf at trial in this action, and, with respect to each said witness, state:

    a)    his/her full name;

    b)    present residence address or last known residence address and telephone number;

    c)    his/her present or last known employer and address of such employer; and,

    d)    whether the individual was ever employed by any party to this action, and if so, the name of such party, the inclusive dates of the individual's employment by such party and the last position held by the person as an employee of such party.

**ANSWER:**

**INTERROGATORY NO. 21:**

Have you ever received treatment for drug or alcohol problems or been diagnosed as having a drug or alcohol problem. If so, state

    a)    the full name and address of each such medical facility or other institution and each such physician, psychologist, mental health

care practitioner, other health care practitioner, or drug or alcohol counselor.

b)   the inclusive dates of confinement or out-patient treatment at each such medical facility or other institution and the dates of treatment by any such physician, psychologist, mental health care practitioner, other health care practitioner or drug or alcohol counselor.

c)   the reason for your confinement or out-patient treatment in such medical facility or other institution or treatment by the health care practitioner or drug or alcohol counselor, and the condition or conditions for which were treated by such physician, psychiatrist, psychologist, mental health care practitioner, other health care practitioner or drug or alcohol counselor.

Respectfully submitted,

_____
GERI LYNN YANOW
Assistant Corporation Counsel

SUITE 1400
30 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602
(312) 744-2837
(312) 744-6566 (FAX)
ATTY. NO. 06198618

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **OFFICER GREGORY INSLEY'S FIRST SET INTERROGATORIES TO EACH INDIVIDUAL PLAINTIFF,** to be hand delivered to the persons named below at the address shown, on this 15th day of May, 2008.

*/s/ Geri Lynn Yanow*
GERI LYNN YANOW

Christopher R. Smith
Jared S. Kosoglad
Law Office of Christopher R. Smith
119 N. Peoria St., Suite 3A
Chicago IL 60607

Terrence M. Burns,
Daniel Noland
Dykema Gossett PLLC
10 South Wacker Drive / Suite 2300
Chicago, IL 60606