IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE REYES and SONIA OLAZABA, on behalf of themselves individually and as the Parents and Guardians of DENISE FERNANDEZ and KIMBERLY FERNANDEZ, minors<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br>CITY OF CHICAGO, et al.<br><br>　　　　　　　Defendants. | No. 07 C 6877<br><br>Judge Bucklo |

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
|     Plaintiffs | ) | |
| | ) | |
| v. | ) | NO. 07 C 6877 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE BUCKLO |
|     et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## GREGORY INSLEY'S FIRST SET OF
## REQUESTS TO PRODUCE TO PLAINTIFFS

Chicago Police Officer Gregory Insley, by his attorney, Geri Lynn Yanow, Assistant Corporation Counsel for the City of Chicago, and pursuant to Rule 34 of the Federal Rules of Civil Procedure, requests each individual plaintiff, produce the following documents and tangible things within thirty (30) days of service of this request, in regard to plaintiffs' complaint filed in this matter.

1. Any and all statements of any of the parties (or officers, agents and employees thereof), named in whether written, oral, stenographic, electronically recorded, or otherwise.

2. The statement of any witnesses or person claiming to be a witness of the occurrence, whether written, oral, stenographic, electronically recorded, or otherwise.

3. The statement of any person, other than your attorney, who has knowledge of this lawsuit, the facts concerning the incident of which you complain, or the injuries and losses you claim as damages, whether written, oral, stenographic, electronically recorded, or otherwise.

4. Any and all photographs, slides, tapes (video or audio), and drawings of (a) the scene of the occurrence; (b) the parties and witnesses; (c) any objects involved; (d) any physical injuries allegedly sustained by the plaintiff.

5. Any and all medical reports, records, files and/or documents relating to any physical or mental injuries suffered by the plaintiff a result of the incident complained of.

6. Any and all documentation as to the physical or mental condition of the plaintiff prior and subsequent to the alleged occurrence including, *inter alia*, injuries sustained in other accidents.

7. Any and all bills for medical services, including but not limited to bills from hospitals, clinics, doctors, laboratories, physical therapists and radiologists relating to the incident complained of.

8. Any and all other bills and receipts showing expenditures by the plaintiff which are claimed as damages in this case, including attorney's bills.

9. All documentation of lost wages, earnings, or income allegedly sustained by the plaintiff as a result of the incidents or injuries which form the basis for the complaint in this action.

10. Plaintiff's individual Federal and State Income Tax Returns, including W-2 forms, for the years 2000 through 2008, inclusive, as well as paystubs for the year 2007.

11. Any and all documentation regarding insurance coverage (including unemployment insurance) for any injuries, losses or damages suffered by the plaintiff as a result of defendants' alleged conduct, including, but not limited to, policies, claim forms and correspondence.

12. Any and all court records, notes, transcripts, correspondence, or other court documents relating to incidents alleged in the complaint, and any other occurrence wherein the plaintiff was accused of violating the law.

13. Any and all physical evidence, objects and tangible things the plaintiff and/or his attorney have knowledge of concerning or relating to the incident alleged in the complaint.

14. Any and all reports or documents referred to or identified in answer to Gregory Insley's Interrogatories and Contention Interrogatories to plaintiffs.

15. All documents indicating the identity, location and telephone number of any witness to the alleged incident(s).

16. All documents relating to communications or contacts between the plaintiff and any person (other than your attorney) concerning the subject matter of your complaint in this lawsuit.

17. Any and all reports and opinions rendered by any expert witness you expect to call to testify at trial in this case, and all memos, reports, articles, treatises, journals, studies, or other documents and physical evidence relied upon, consulted, or reviewed by the expert in connection with this case.

18. Any and all files, records, and documents including, but not limited to, complaints, police documents received by plaintiff's counsel in any other matter, transcripts, witness statements, recordings and any other information which is currently in an electronic format, regarding any and all allegations made by plaintiff against any defendant.

In the event that the plaintiff withholds any document covered by these requests,

defendant further requests plaintiff to identify each such document together with the following information:

    a)    The date of the document;
    b)    A brief description of the subject matter of the document;
    c)    The name of each author or preparer and an identification of each such person;
    d)    The name of each person who was sent or furnished with the document, received, viewed or has had custody of the document, together with an identification of each such person;
    e)    The reason for withholding;
    f)    A statement of facts constituting the basis for any claim of privilege, work product or other ground of non-disclosure; and,
    g)    The paragraph of this request to which the document relates. In the case of any document relating in any way to a meeting or any other conversation, all participants in the meeting or conversation are to be identified.

Respectfully submitted,

_____
GERI LYNN YANOW
Assistant Corporation Counsel

SUITE 1400
30 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602
(312) 744-2837
(312) 744-6566 (FAX)
ATTY. NO. 06198618

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **OFFICER GREGORY INSLEY'S FIRST SET OF REQUESTS TO PRODUCT PLAINTIFF,** to be hand delivered to the persons named below at the address shown, on this 15th day of May, 2008.

*/s/ Geri Lynn Yanow*
GERI LYNN YANOW

Christopher R. Smith
Jared S. Kosoglad
Law Office of Christopher R. Smith
119 N. Peoria St., Suite 3A
Chicago IL 60607

Terrence M. Burns,
Daniel Noland
Dykema Gossett PLLC
10 South Wacker Drive / Suite 2300
Chicago, IL 60606