IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE REYES and SONIA OLAZABA, on behalf of themselves individually and as the Parents and Guardians of DENISE FERNANDEZ and KIMBERLY FERNANDEZ, minors )))))<br><br>Plaintiffs, )<br>)<br>vs. )<br>CITY OF CHICAGO, et al. )<br>)<br>)<br>Defendants. )<br>) | No. 07 C 6877<br><br>Judge Bucklo |

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | NO. 07 C 6877 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE BUCKLO |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## LANCE HANDZEL'S FIRST SET OF
## CONTENTION INTERROGATORIES TO EACH INDIVIDUAL PLAINTIFF

Defendant, Chicago Police Officer Lance Handzel, by his attorney, Geri Lynn Yanow, Assistant Corporation Counsel of the City of Chicago, and pursuant to Rule 33 of the Federal Rules of Civil Procedure, respectfully requests that each individual plaintiff answer the following contention interrogatories within 30 days of service

### INTERROGATORY NO. 1:

In relation to count 1, paragraph 53 of plaintiff's complaint and without resorting to legal conclusions, describe with specificity the factual basis supporting:

(A) all damages claimed by each plaintiff individually specifically attributable to each defendant individually;

(1) as to each damage claim of "injury in their business and property, including but not limited to lost income in the past, present, and future damage to the business' reputation" described in sub-section (A), please state with specificity the exact nature of this damage to each plaintiff individually and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(2) as to each damage claim of "damage to the business' reputation" described in sub-section (A), please state with specificity the exact nature of this damage to each plaintiff individually and star the name and state number or detailed

physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(3) as to each damage claim of "lost income" described in sub-section (A), please state with specificity the exact nature of this damage to each plaintiff individually and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(B) As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

**INTERROGATORY NO. 2:**

Without resorting to legal conclusions, state in detail the factual basis supporting your contention that:

(A) the officers used their official positions to illegally commit a pattern of racketeering activity, including kidnaping, robbery, obstruction of justice, intimidation of witnesses, retaliation of witnesses, interference with commerce by threats and violence, influencing, delaying and preventing testimony and hindering, delaying and preventing the communication of federal offenses to law enforcement agencies and judicial officers;

(1) as to each specific act of "racketeering activity" as described in sub-section (A), please state the name and state number or detailed physical description of each named and / or accused police officer who is responsible for each specific act as described above;

(2) as to each specific act of "racketeering activity" as described in sub-section (A), please state the specific act alleged to have been committed by each individual defendant, the exact nature of that specific act committed against each individual each plaintiff individually, describing the specific sequence of events made by each individual defendant to each individual each plaintiff individually for each specific act, the date and location of each specific act as alleged by each individual each plaintiff individually, and the injury incurred;

(B)  as to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**




**INTERROGATORY NO. 3:**

In relation to count II, paragraph 52 of plaintiffs complaint, and without resorting to legal conclusions, describe with specificity the factual basis supporting:

(A)  all injuries claimed by each plaintiff individually (both physical and emotional / mental) specifically attributable to each defendant individually for unreasonable search and seizure;

> (1)  as to each individual plaintiff's claim that they were "injured in the taking of their property" as described in sub-section (A), please provide a detailed description of each article or object (specific property) belonging to each plaintiff individually that was taken and the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;
>
> (2)  as to each individual plaintiff's claim that they caused them "significant financial loss" as described in sub-section (A), please provide a detailed description of the specific financial loss attributable to each plaintiff individually and the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the loss incurred;
>
> (3)  as to each individual plaintiff's claim that were exposed to "public scandal and disgrace" as described in sub-section (A), please provide a detailed description of such injury too each plaintiff individually as described above and the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;
>
> (4)  as to each damage claim of "damage to Barbara Heidegger's property" as described in sub-section (A), please state with specificity the exact property damaged and state the name and star

number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

    (a) as to each damage claim of damage to their property as described in sub-section (A), please state the monetary amount of damaged property and the method by which you calculated the monetary amount of damaged property;

    (b) as to each damage claim of "damage to their property described in sub-section (A), please provide detailed calculations showing the manner and method used to arrive at your total claim in (dollars) or (time) and any receipts, insurance claims or any documentation, including but not limited to income tax claims which verify these calculations and claims of damaged property.

(5) as to each individual plaintiff's claim that they "incur[red] various expenses, all to their damage," as described in sub-section (A), please state with specificity the exact nature of all damages incurred and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;

(B) As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of these specific claims of injury; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**




**INTERROGATORY NO. 4:**

In relation to count VI, paragraph 62 of plaintiffs complaint, and without resorting to legal conclusions, describe with specificity the factual basis supporting:

(A)    plaintiffs' allegations that they were "singled out for unlawful treatment in a manner unlike similarly situated individuals"

    (1) as to each specific act of disparate treatment as described in sub-section (A), please state the name and star number or detailed physical description of each named and /or accused police officer

who is responsible;

(2) as to each specific act of disparate treatment as described in sub-section (A), (1) each and every individual who you will rely upon in support of these specific claims of injury; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

**INTERROGATORY NO. 5:**

In relation to count 1 of plaintiffs complaint and without resorting to legal conclusions, describe with specificity the factual basis supporting:

(A) the injury to their business and property, claimed by each plaintiff individually specifically attributable to each defendant individually;

(1) as to the specific injury to their business and property claimed as described in sub-section (A), please state the name and state number or detailed physical description of each named and / or accused police officer who is responsible;

(2) specify the injury incurred.

(B) As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

**INTERROGATORY NO. 6:**

In relation to count VII, paragraph 52 of plaintiffs complaint, and without resorting to legal conclusions, state in detail and describe with specificity the factual basis supporting your contention that:

(A) "plaintiffs as non-police officers were singled out for unlawful treatment in a manner unlike police officers who have received a de facto super-citizen status in the City of Chicago" please state with specificity the exact nature of this injury to each plaintiff individually and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;

(1) As to each and every factual basis set forth, identify (a) each and every individual who you will rely upon in support of these specific claims of injury; and (b) all documents or physical evidence which you will rely upon in support of this claim;

**ANSWER:**

**INTERROGATORY NO: 7:**

In relation to count IX, paragraph 51 of plaintiffs complaint, and without resorting to legal conclusions, describe with specificity the factual basis supporting:

(A) any and all physical abuse claimed by any individual plaintiff

(1) as to each specific act of abuse described in sub-section (A), please state the name and star number or detailed physical description of each named and /or accused police officer who is responsible;

(2) as to each specific act of abuse described in sub-section (A), please state the sequence of each physical contact made by each defendant individually; the nature of each physical contact made by each defendant individually, the location of each physical contact made by each defendant individually and the injury incurred;

(B) identify all documents or physical evidence which you will rely upon in support of this claim.

**INTERROGATORY NO: 8:**

In relation to count IX, paragraph 51 of plaintiffs' complaint, and without resorting to legal conclusions, describe with specificity:

(A) all "severe and permanent injuries" (both physical and emotional /

mental) claimed by each individual plaintiff specifically attributable to each defendant individually;

    (1) as to each "severe and permanent injury" described in sub-section (A), please state the name and state number or detailed physical description of each named and / or accused police officer who is responsible;

    (2) specify the injury incurred.

(B) As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim.

(C) all "life-threatening injuries" claimed by each individual plaintiff specifically attributable to each defendant individually;

    (1) as to each "life threatening injury" described in sub-section (A), please state the name and state number or detailed physical description of each named and / or accused police officer who is responsible;

    (2) specify the injury incurred.

(D) As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim

**ANSWER:**

**INTERROGATORY NO: 9:**

In relation to count IX, paragraph 52 of plaintiffs' complaint, and without resorting to legal conclusions, describe with specificity:

    (A) all injuries claimed by each individual plaintiff resulting in pain, mental sufffering, anguish and humiliation specifically attributable to each defendant individually;

        (1) as to plaintiffs' claim that the injuries included "pain, mental suffering, anguish and humiliation" as described in sub-section (A), please describe with specificity the exact nature of this injury to

each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;

(2) as to plaintiff's claim of "anguish and humiliation " as described in sub-section (A), please state with specificity the exact nature of this injury to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury incurred;

(B) As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of these specific claims of injury; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

**INTERROGATORY NO. 10:**

In relation to count XIII, paragraph 53 of plaintiffs' complaint and without resorting to legal conclusions, describe with specificity the factual basis supporting:

(A) all damages claimed by each individual plaintiff specifically attributable to each defendant individually;

(1) as to each damage claim of "severe emotional distress" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(2) as to each damage claim of "Injury to their minds, bodies, and nervous systems" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and star the name and state number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(3) as to each damage claim of "loss of sleep" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star

number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(4) as to each damage claim of "mental anguish" described in sub-section (A) please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(5) as to each damage claim of "nightmares" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(6) as to each damage claim of "anxiety attacks" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(7) as to each damage claim of "stress disorders" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(8) as to each damage claim of "phobias" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(9) as to each damage claim of "flashbacks" described in sub-section (A), please state with specificity the exact nature of this damage to each individual plaintiff and state the name and star number or detailed physical description of each named and / or accused police officer who is responsible and specify the injury/ damage actually incurred;

(B) As to each and every factual basis set forth, identify (1) each and every individual who you will rely upon in support of this claim; and (2) all documents or physical evidence which you will rely upon in support of this claim.

**ANSWER:**

Respectfully submitted,

_____
GERI LYNN YANOW
Assistant Corporation Counsel

SUITE 1400
30 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602
(312) 744-2837
(312) 744-6566 (FAX)
ATTY. NO. 06198618

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **OFFICER HANDZEL'S FIRST SET OF CONTENTION INTERROGATORIES TO EACH PLAINTIFF INDIVIDUALLY,** to be hand delivered to the persons named below at the address shown, on this 15TH day of May, 2008.

Christopher R. Smith
Jared S. Kosoglad
Law Office of Christopher R. Smith
119 N. Peoria St., Suite 3A
Chicago IL 60607

Terrence M. Burns,
Daniel Noland
Dykema Gossett PLLC
10 South Wacker Drive / Suite 2300
Chicago, IL 60606

_____
GERI LYNN YANOW