IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, and SONIA OLAZABA, on behalf of themselves individually and as the Parents and Guardians of DENISE FERNANDEZ and KIMBERLY FERNANDEZ, minors, ) ) ) ) ) | | |
| Plaintiffs, ) ) | | |
| v. ) ) | No. | 07 C 6877 |
| CITY OF CHICAGO, CHICAGO POLICE OFFICERS JEROME FINNEGAN, Star #5167, CARL SUCHOCKI, Star #18391, JAMES ELDRIDGE, Star #2081, JOHN BLAKE, Star #454, ERIC OLSEN, Star #19456, GREGORY INSLEY, Star #14260, FRANK VILLAREAL, Star #10438, B.CORCORAN, Star #17069, J. HURLEY, Star #17516, B.MAKA, Star #12206, G. SALINAS, Star #10293, B.RICE, Star #16059, OFFICER HANDZEL, Star #8116, OFFICER MARKIEWICZ, Star #17092, OFFICER FERGUSON, Star #14213, OFFICER NELLIGAN, Star #8953, OFFICER HARVEY, Star 39165, OFFICER MCGOVERN, Star 318856, OFFICER CASE, Star #1753, OFFICER CONNELLY, Star316869, OFFICER FOLEY, Star #10613, SUPERINTENDANT PHILIP CLINE, DEBRA KIRBY, MAYOR RICHARD DALEY, and UNKNOWN CHICAGO POLICE OFFICERS, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Bucklo Magistrate Judge Mason | |
| Defendants. ) | JURY DEMANDED | |

**MOTION TO ADOPT MOTIONS TO
DISMISS FILED BY CO-DEFENDANTS**

NOW COMES the Defendant Carl Suchocki, by and through his attorney, Steven C. Rueckert and moves this Honorable Court to enter an Order that would allow Defendant Suchocki to join and adopt any and all Motions to Dismiss filed by any Co-Defendant in this case.

IN SUPPORT thereof the Defendant states as follows.

1. Carl Suchocki is named as an individual police officer in a multi-count complaint.

2. Several Co-Defendants have filed motions to dismiss as to several counts in the complaint.

3. Mr. Suchocki is in the same position as that of the Co-Defendants who have filed those Motions to Dismiss.

WHEREFORE Defendant Suchocki respectfully requests that this Honorable Court enter an Order that would allow him to adopt and join in all Motions to Dismiss filed by any Co-Defendant.

Respectfully submitted,

/s/Steven C. Rueckert
**STEVEN C. RUECKERT**
Attorney for Defendant-Carl Suchocki
53 West Jackson Blvd. - Suite 1410
Chicago, Illinois   60604
(312) 427-6464  Office
(312) 427-1215  Fax