IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, ET AL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 07 C 6877 |
| | ) | |
| CITY OF CHICAGO, FRANK VILLAREAL, ET AL., | ) | Honorable Judge Bucklo |
| | ) | |
| Defendants, | ) | Magistrate Judge Mason |

**MOTION TO JOIN AND ADOPT
MOTIONS TO DISMISS FILED BY CO-DEFENDANTS**

NOW COMES the Defendant, Frank Villareal, by and through his attorneys, LaMantia Law Associates, and moves this Honorable Court to enter an Order that allows Defendant, Frank Villareal, to join and adopt Motions to Dismiss filed by Defendants, Chicago Police Officers and City of Chicago, et al, and in support thereof, states as follows:

1. On July 25, 2008, Defendants, Chicago Police Officers, and certain named Defendant's, Chicago Police Officers, by and through their attorneys, did file Motions to Dismiss several counts of the Complaint.

2. That Defendant, Frank Villareal, at all times as alleged in the Complaint, was a City of Chicago Police Officer, and that Defendant Villareal is named as an individual police officer in the multi-count complaint.

3. That Defendant, Frank Villareal, has the same arguments for dismissal as that of the Co-Defendants and for purposes of judicial economy, Defendant Villareal seeks to join and adopt the Motions to Dismiss as filed.

WHEREFORE, Defendant, Frank Villareal, respectfully requests that this Honorable Court enter an Order that would allow him to adopt and join in all Motions to Dismiss filed by Co-Defendants.

                                       Respectfully submitted,
                                       LaMantia Law Associates


                                       _____s/ John S. LaMantia_____
                                       By: John S. LaMantia

LaMantia Law Associates
72 S. LaGrange Road, Suite 9
LaGrange, IL  60525
(708) 588-8266
#6220533