## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, ET AL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 07 C 6877 |
| | ) | |
| CITY OF CHICAGO, FRANK VILLAREAL, ET AL., | ) | Honorable Judge Bucklo |
| | ) | |
| Defendants, | ) | Magistrate Judge Mason |

### NOTICE OF MOTION

TO:    **See Attached Service List**

PLEASE TAKE NOTICE that on **Tuesday, July 29th, 2008,** I caused to be filed with the Clerk of the Northern District of Illinois, Eastern Division, Chicago, Illinois, the attached Defendant, Frank Villareal's, *MOTION TO JOIN AND ADOPT MOTIONS TO DISMISS* filed by Co-Defendants in this matter.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Bucklo on **August 4th, 2008, in Room 1441 at 9:30 am,** or as soon thereafter as counsel may be heard, and then and there present the attached *MOTION TO JOIN AND ADOPT MOTIONS TO DISMISS.*

Respectfully submitted,
LaMantia Law Associates

_____ s/ John S. LaMantia _____
By: John S. LaMantia
Attorney for Defendant Villareal

LaMantia Law Associates
72 S. LaGrange Road, Suite 9
LaGrange, IL  60525
(708) 588-8266
#6220533

### CERTIFICATE OF SERVICE

I, John S. LaMantia, the undersigned attorney, hereby certify, state and depose under oath that on July 29th, 2008, I electronically filed ant foregoing Notice of Motion and Motion to Join and Adopt Motions to Dismiss with the Clerk of Court of the Northern District of Illinois using the ECF System, which sent electronic notification of filing on the same day to the attached service list.

_____ s/ John S. LaMantia _____
#6220533