**SERVICE LIST**

*Reyes, et al.. vs. City of Chicago, et al.*
07 CV 6877

Mr. Jared S. Kosoglad
Mr. Christopher R. Smith
Law Offices of Christopher R. Smith
119 North Peoria Street, Suite 3A
Chicago, IL  60607
*Attorney for Plaintiffs*


Mr. Daniel M. Noland
Ms. Molly E. Thompson
Dykema, Gossett, Rooks, Pitts, PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606
*Attorneys for the City of Chicago, Chief Philip Cline, Debra Kirby, Honorable Mayor Richard J. Daley*


Ms. Geri Lynn Yanow
Mr. Jonathan C. Green
Corporation Counsel
30 N. LaSalle Street, Suite 1400
Chicago, IL  60602
*Attorneys for Officers Eldridge, Blake, Olsen, Insley, Corcoran, Hurley, Maka, Salinas, Rice, Handzel, Markiewicz, Ferguson, Nelligan, Harvey, McGovern, Case, Connelly, Foley*


Mr. Steven C. Rueckert
Law Offices of Steven Rueckert
53 W. Jackson Boulevard, Suite 1410
Chicago, IL  60604
*Attorney for Officer Suchocki*