IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No 07 C 6877 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | JUDGE BUCKLO |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE that on Monday, August 25, 2008, at 9:30 a.m.**, I shall appear before the Honorable Judge Bucklo, in the courtroom usually occupied by her, and then and there present the attached **Motion To Withdraw**, a copy of which is hereby served upon you.

/s Jared S. Kosoglad
One of Plaintiff's attorneys

1

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

| John Lamantia<br>2505 S. Des Plaines Avenue<br>North Riverside, IL 60546 | Daniel Noland, Terrence Burns, Molly Thompson<br>10 South Wacker Dr.<br>Suite 2300<br>Chicago, IL 60606<br>(866) 546-2597 | Geri Yanow, Jonathan Green, Joel Sandoval<br>30 N. LaSalle Street<br>Suite 1400<br>Chicago, IL 60602 |
|---|---|---|

Steven Rueckert
53 West Jackson
Suite 1410
Chicago, IL 60604

                                            s/ Jared S. Kosoglad
                                       _____
                                        Jared S. Kosoglad
                                        120 N. Green Street, Suite 3G
                                        Chicago, IL 60607
                                        312-513-6000