# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6877 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Reyes, et al. Vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for leave to withdraw appearance of Jared S, Kosoglad is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|