IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES | ) | |
|     Plaintiff, | ) | No. 07 C 6877 |
| | ) | |
|     Vs. | ) | Judge Bucklo |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
|     Defendants. | ) | |

### DEFENDENT'S MOTION TO FILE THIER REPLY BRIEF INSTANTER

Defendants, Chicago Police Lt. John Blake, and Chicago Police Officers, David Case, Michael Connelly, Brendan Cocoran, James Eldridge, Brian Ferguson, James Foley, Lance Handzel, Michael Harvey, Gregory Insley, Donovan Marckiewicz. Bartosz Maka, John McGovern, Christopher Nelligan, Eric J. Olsen, Bret Rice and Guadalupe Salinas and Cheryl Hurley as administrator of the Estate of JohnHurley, Tiffany Harris and Geri Lynn Yanow, Assistant Corporation Counsel for theCity of Chicago, request leave to file their reply in support of their Motion to Stay, instanter, stating as follows:

    1. Defendant's reply in support to their motion to stay was due before this court on September 5, 2008.

    2. Counsel of record, Geri Lynn Yanow due to an very heavy schedule was unable to complete the reply brief and asked for assistance from Tiffany Y. Harris, a fellow attorney in the Office of Corporation Counsel.

    3. Ms. Harris, also has a busy caseload and was unable to complete the reply brief until Monday, September 8, 2008.

    4. Defendants ask leave to this Honorable Court to file their Reply in support of their

motion to stay, a copy of which is attached to this motion, instanter.

     5.  Defendants submit that granting this motion is not prejudicail to plaintiff.

WHEREFORE, Defendants, Chicago Police Lt. John Blake, and Chicago Police Officers, David Case, Michael Connelly, Brendan Cocoran, James Eldridge, Brian Ferguson, James Foley, Lance Handzel, Michael Harvey, Gregory Insley, Donovan Marckiewicz. Bartosz Maka, John McGovern, Christopher Nelligan, Eric J. Olsen, Bret Rice and Guadalupe Salinas and Cheryl Hurley as administrator of the Estate of JohnHurley, by their attorney, Tiffany Harris, Assistant Corporation Counsel for the City of Chicago, request leave to file their reply in support of their Motion to Stay, instanter,

Respectfully submitted,

/s/ Tiffany Harris
Tiffany Harris
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago IL, 60602
312-742-5146