IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSE REYES** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | NO. 07 C 6877 |
| | ) | |
| **THE CITY OF CHICAGO,** | ) | Judge Bucklo |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF MOTION**

To:   Christopher R. Smith
A Law Office of Christopher R. Smith
112 South Sangamon
3rd Floor
Chicago, IL 60607

John Lamantia
2505 South Des Plaines Avenue
North Riverside, IL
60546

Daniel Noland,
Terrence Burns
Molly Thompson
10 South Wacker Drive
Suite 2300
Chicago, IL 60606

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT NON-INDICTED OFFICERS' MOTION TO FILE REPLY BRIEF INSTANTER**

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Bucklo on or before such other Judge sitting in his place or stead, on September 15, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, in **Courtroom1441** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois September 8, 2008.

Respectfully submitted,

_____/s/ Tiffany Y. Harris_____
TIFFANY Y. HARRIS
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 744-5890
ATTORNEY NO. 6238533

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on Monday, September 8, 2008 I electronically filed **Notice of Motion - Defendant Officers' Motion to File Reply Brief Instanter** with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

_____/s/Tiffany Y. Harris_____
TIFFANY Y. HARRIS

30 No. LaSalle Street
Suite 1400
Chicago, IL 60602
(312) 744-5890
Atty. No. 6238533
Tiffany.Harris@cityofchicago.org