IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | NO.  07 C 6877 |
| | ) | |
| THE CITY OF CHICAGO et.al,. | ) | JUDGE BUCKLO |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING**

To:   Christopher R. Smith
A Law Office of Christopher R. Smith
112 South Sangamon
3rd Floor
Chicago, IL 60607

John Lamantia
2505 South Des Plaines Avenue
North Riverside, IL
60546

Daniel Noland,
Terrence Burns
Molly Thompson
10 South Wacker Drive
Suite 2300
Chicago, IL 60606

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago Police Lt. John Blake, and Chicago Police Officers, David Case, Michael Connelly, Brendan Cocoran, James Eldridge, Brian Ferguson, James Foley, Lance Handzel, Michael Harvey, Gregory Insley, Donovan Marckiewicz. Bartosz Maka, John McGovern, Christopher Nelligan, Eric J. Olsen, Bret Rice and Guadalupe Salinas and Cheryl Hurley as administrator of the Estate of JohnHurley, motion to dismiss.

**DATED** at Chicago, Illinois September 8, 2008.

                                        Respectfully submitted,

                                        ____/s/ Tiffany Y. Harris_____
                                        TIFFANY Y. HARRIS
                                        Assistant Corporation Counsel
                                        30 N. LA SALLE ST., SUITE 1400
                                        CHICAGO, ILLINOIS  60602
                                        (312) 744-5890
                                        ATTORNEY NO. 6238533


**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on Monday, September 8, 2008 I electronically filed Chicago Police Lt. John Blake, and Chicago Police Officers, David Case, Michael Connelly, Brendan Cocoran, James Eldridge, Brian Ferguson, James Foley, Lance Handzel, Michael Harvey, Gregory Insley, Donovan Marckiewicz. Bartosz Maka, John McGovern, Christopher Nelligan, Eric J. Olsen, Bret Rice and Guadalupe Salinas and Cheryl Hurley as administrator of the Estate of JohnHurley, reply brief in support of their motion to dismiss with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

                                        ____/s/Tiffany Y. Harris_____
                                        TIFFANY Y. HARRIS

30 No. LaSalle Street
Suite 1400
Chicago, IL 60602
(312) 744-5890
Atty. No. 6238533
Tiffany.Harris@cityofchicago.org