IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE REYES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   07 C 6877 |
| | ) |
| CITY OF CHICAGO, et al., | )   Judge Elaine E. Bucklo |
| | ) |
| Defendants. | ) |

### MOTION FOR LEAVE TO FILE AMENDED REPLY *INSTANTER*

Defendants, City of Chicago, Mayor Richard M. Daley, Philip Cline, and Debra Kirby (collectively "City Defendants"), by their attorney, Terrence M. Burns of Dykema Gossett PLLC, in support of their motion for leave to file an amended reply in support of their motion to dismiss *instanter*, state:

1. The City Defendants' reply in support of their motion to dismiss was filed on September 5, 2008. (Dkt. 66.) In addition to making arguments particular to the City Defendants, the City Defendants adopted the arguments set forth in the individual defendant officers' motion to dismiss and reply in support thereof. The individual defendants filed their reply on September 8, 2008. (Dkt. 70.)

2. Upon re-reviewing their filed reply, the City Defendants realized they neglected to include a certain argument. The amended reply corrects that defect. Specifically, the City Defendants have added the argument contained within Part I.B. of the amended reply pertaining to the heightened standard applied to equitable estoppel against a municipality.

3. The City Defendants have attached their amended reply to this motion and are seeking leave to file it *instanter*.

2

    4.    This motion is not presented for purposes of unnecessary delay and will not serve to prejudice any party.

    WHEREFORE, Defendants, Mayor Richard M. Daley, Philip Cline, and Debra Kirby, respectfully request leave to file their amended reply brief *instanter*, and for any other relief this Court deems appropriate.

Dated: September 12, 2008                          Respectfully submitted,

                                                          s/Molly E. Thompson

Terrence M. Burns                        One of the Attorneys for Defendants
Daniel M. Noland                          Philip Cline, Debra Kirby, Mayor Richard
Molly E. Thompson                      M. Daley, and the City of Chicago
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2008 I caused the foregoing **Motion for Leave to File Amended Reply** *Instanter* to be served by CM/ECF Noticing on the parties listed below:

Christopher R. Smith
James M. Baranyk
Law Office of Christopher R. Smith
119 North Peoria Street
Suite 3A
Chicago, Illinois  60607
312.432.0400

Geri Lynn Yanow
Jonathan Clark Green
Joel G. Sandoval
City of Chicago, Department of Law
30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
312.744.9010

Steven Craig Rueckert
Law Offices of Steven C. Rueckert
53 West Jackson Boulevard
Suite 1410
Chicago, IL 60604-3703
312.427.6464

John S LaMantia
LaMantia Law Associates
72 S. LaGrange Road , #9
LaGrange, IL 60525-1521
708.588.8266

s/ Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2517831.1
ID\METH