IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE REYES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6877 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | Magistrate Judge Michael T. Mason |

**NOTICE OF MOTION**

TO:  See Attached Service List

PLEASE TAKE NOTICE that on **September 17, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion for Leave to File Amended Reply**.

Respectfully submitted,

s/Molly E. Thompson (ARDC No. 6293942)
One of the Attorneys for Defendants
Philip Cline, Debra Kirby, Mayor Richard
M. Daley, and the City of Chicago

Terrence M. Burns
Daniel M. Noland
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2008 I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Christopher R. Smith
James M. Baranyk
Law Office of Christopher R. Smith
119 North Peoria Street
Suite 3A
Chicago, Illinois  60607
312.432.0400

Geri Lynn Yanow
Jonathan Clark Green
Joel G. Sandoval
City of Chicago, Department of Law
30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
312.744.9010

Steven Craig Rueckert
Law Offices of Steven C. Rueckert
53 West Jackson Boulevard
Suite 1410
Chicago, IL 60604-3703
312.427.6464

John S LaMantia
LaMantia Law Associates
72 S. LaGrange Road , #9
LaGrange, IL 60525-1521
708.588.8266


s/Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2476896.1
ID\METH